# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Oscar Gutierrez

Debtor(s).

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

    I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

    I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

    I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: October 27, 2015

/s/ Oscar Gutierrez
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 7/15/14)

```
Oscar Gutierrez

Adoney Diaz
P.O. Box 418
Chowchilla, CA 93610

Carlos Garcia
1190 11th St.
Orange Cove, CA 93646

Commercial Trade Burea
Po Box 10389
Bakersfield, CA 93389

Consumer Portfolio Svc
Attn:Bankruptcy
19500 Jamboree Rd
Irvine, CA 92612

Dn Rbrto Jwl
Attention: Bankruptcy
1020 Calle Recodo Suite 100
San Clemente, CA 92673

Jose Luis Gutierrez
211 Center St
Orange Cove, CA 93646

Kings Credit Services
Kings Credit Services; Attn: Bankruptcy
Po Box 950
Hanford, CA 93232

Oportun/progreso
1600 Seaport Blvd
Redwood City, CA 94063

Roberto Alpora
1797 Bonardo Ave
Tulare, CA 93274
```