GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

Oscar Gutierrez

Debtor,

Case No.

Chapter 13

### DECLARATION OF JOVANA GUTIERREZ

I, Jovana Gutierrez, declare as follows:

1. I am the daughter of Oscar Gutierrez and Leticia Camacho.

2. I read and write English as well as read and write Spanish.

3. The facts set forth in this declaration are within my personal knowledge and if called to testify I could testify confidently thereto.

4. I have accompanied my parents to meet with their attorneys from the law firm of Pascuzzi, Pascuzzi and Stoker on at least three occasions. On each occasion they met with either Glen E. Gates or Robert C. Abrams. Mr. Abrams and Mr. Gates both used me as an interpreter and explained in English to me the circumstances and paperwork to be filed on behalf of my parents. I then translated from English to Spanish everything that Mr. Gates or Mr. Abrams said.

5. Mr. Gates explained the bankruptcy proceedings to me and I explained them to my parents. He explained that each of my parents would have to file their own bankruptcy simply because federal law requires that they be married and they are not married in California. He has explained all of the forms necessary. I know that I met with Mr. Gates and my parents on three occasions and spent at least four hours total going over the bankruptcy matters.

6. Based on Mr. Gates' explanation of the law, I believe my parents understand in full what we are doing and they have a grasp of the issues pertaining to their bankruptcy. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this  30  day of October, 2015 in Fresno, California.

Respectfully submitted,

*Jovana Gutierrez*
Jovana Gutierrez