Certificate Number: 05781-CAE-DE-026511885

Bankruptcy Case Number: 15-14228



05781-CAE-DE-026511885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2015, at 11:52 o'clock PM PST, Oscar Gutierrez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: November 10, 2015

By: /s/Allison M Geving

Name: Allison M Geving

Title: President