Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

  Oscar Gutierrez

     DEBTORS,

CASE NO. 15-14228-B-13F

CHAPTER 13 PROCEEDING

EX PARTE APPLICATION TO EXTEND TIME TO OBJECT TO CONFIRMATION OF PLAN

JUDGE: HON. Rene Lastreto II

TO THE HONORABLE BANKRUPTCY JUDGE:

    1.    This office held the initial 341(a) first meeting of the creditors on December 8, 2015 at 8:00 a.m. .

    2.    The Trustee is unable to recommend confirmation at this time due to one or more of the following factors:

        a.    Trustee does not have and/or has not reviewed all documents necessary to recommend confirmation;

        b.    The Debtor need to amend the petition, schedules, statements, and/or other documents before the Trustee can complete his review of the case;

        c.    The Debtor must file and/or provide to the Trustee further documentation and/or declarations before the Trustee can recommend confirmation;

1

        d.        Debtor and/or Debtors' counsel failed to appear at the meeting of the creditors; and/or

        e.        The Trustee and Debtors' attorney of record are still meeting and conferring in an attempt to eliminate and/or narrow the Trustee's objections or concerns with the plan.

3.        Pursuant to Local Rule 3015-1(c)(4), the Trustee is required to file an objection to confirmation within seven (7) days of the first date set for the meeting of the creditors.

4.        In that the Trustee is not certain that an objection will be necessary in this matter, any objection at this time would be premature and therefore the Trustee hereby seeks to extend the seven (7) day deadline to object to the plan, to seven (7) days after the conclusion of the meeting of the creditors.

5.        This request will in no way affect the ability of other parties in interest to object.

6.        This request will in no way require the Trustee to conclude the meeting prior to objecting.

7.        This request simply extends the deadline to file, set and serve a notice and objection to plan confirmation.

8.        The Trustee will serve this ex parte application on Debtor and their attorney, if represented by counsel, at the time of filing this application and provide a proof of service indicating as such.

9.        The Trustee will also serve upon Debtor and their attorney, if represented by counsel, any signed order immediately upon receipt of said order.

WHEREFORE, the Trustee prays that the Court extend the deadline to file an objection to plan to seven (7) days after the conclusion of the meeting of the creditors.

Date: 12/9/15        Respectfully submitted,

        /s/ Michael H. Meyer
        Michael H. Meyer, Chapter 13 Trustee