Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>  Oscar Gutierrez<br><br>      DEBTORS, | CASE NO. 15-14228-B-13F<br><br>CHAPTER 13 PROCEEDING<br><br>DECLARATION IN SUPPORT OF<br>EX PARTE APPLICATION TO EXTEND<br>TIME TO OBJECT TO CONFIRMATION OF<br>PLAN<br><br><br>JUDGE: HON. Rene Lastreto II |

I, Michael H. Meyer, declare,

1.    I am an attorney duly licensed to practice before the courts of the state of California and the Eastern District of California. I am the Standing Chapter 13 Trustee in the above-entitled proceeding. If called to testify to the facts set forth in the moving papers, I could and would testify competently to those facts to which I have personal knowledge. The following is of my own personal knowledge and if called to testify, I could and would testify as follows:

2.    I have reviewed the above referenced matter and all documents received by our office regarding this matter as well as all documents that have been filed with the court in this matter.

3

3. The initial 341(a) First Meeting of Creditors was held on December 8, 2015, at 8:00 a.m. , and continued to January 12, 2015 at 10:00 a.m..

4. I am unable to recommend confirmation at this time due to the following factors:

    a. Our office has not reviewed all documents necessary to recommend confirmation;

    b. The debtor need to amend the petition, schedules, statements, and/or other documents before I can complete the review of the case;

    c. The debtor must file and/or provide my office further documentation and/or declarations before I can recommend confirmation;

    d. Debtor and/or the attorney of record failed to appear at the Meeting of Creditors;

    e. The attorney of record and I are still meeting and conferring in an attempt to eliminate and/or narrow my objections or concerns with the plan.

5. Pursuant to Local Rule 3015-1(c)(4), the trustee is required to file an objection to confirmation within seven (7) days of the first date set for the Meeting of Creditors.

6. I am not certain that an objection will be necessary in this matter. Any objection at this time would be premature.

7. I will serve this ex parte application on Debtor and their attorney, if represented by counsel, at the time of filing this application and provide a proof of service indicating as such.

8. I will also serve upon Debtor and their attorney, if represented by counsel, any signed order immediately upon receipt of said order.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 9, 2015, at Fresno, California.

                                      /s/ Michael H. Meyer
                                      Michael H. Meyer