Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Oscar Gutierrez<br><br><br><br>DEBTORS, | CASE NO. 15-14228-B-13F<br><br><br><br>CHAPTER 13 PROCEEDING<br><br>ORDER EXTENDING TIME TO OBJECT TO CONFIRMATION OF PLAN<br><br><br><br>JUDGE: HON. Rene Lastreto II |

Based on the Trustee's EX PARTE APPLICATION TO EXTEND TIME TO OBJECT TO CONFIRMATION OF PLAN,

IT IS ORDERED that the time prescribed for the Trustee to object to confirmation of the chapter 13 plan is extended to seven (7) days after the conclusion of the meeting of the creditors.

Dated: Dec 09, 2015

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

RECEIVED
December 09, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005686676

5