Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton, #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, California 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>Oscar Gutierrez<br><br><br><br>　　　　　　DEBTORS, | CASE NO.  15-14228-B-13F<br><br>CHAPTER 13 PROCEEDING<br><br>PROOF OF SERVICE<br><br><br><br>JUDGE:  HON. Rene Lastreto II |

STATE OF CALIFORNIA, COUNTY OF FRESNO

　　　　I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is P.O. Box 28950, Fresno, California 93729-8950.

　　　　On the date below I served the following documents described as: **FILE CONFORMED COPY OF ORDER EXTENDING TIME TO OBJECT TO CONFIRMATION OF PLAN; PROOF OF SERVICE.**

　　　　I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| On debtor's attorney as follows:<br>Glen E Gates<br>Pascuzzi Pascuzzi & Stoker<br>2377 W Shaw Ave Ste 101<br>Fresno, Ca 93711 | Debtor:<br>Oscar Gutierrez<br>211 Center Street<br>Orange Cove, Ca 93646 |
|---|---|

　　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on 12/10/15 at Fresno, California.

　　　　　　　　　　　　　　　　　　　　/s/ Cindy Vinson
　　　　　　　　　　　　　　　　　　　　Cindy Vinson