CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228 |
| Debtor. | **MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | **DATE: 1/28/2016**<br>**TIME: 1:30 p.m.**<br>**DEPT: Courtroom 13** |

　　　　CARLOS GARCIA ("Movant") will and hereby does move, pursuant to 11 U.S.C 362 (d) (1) and (d) (2) for an order terminating the automatic stay of 11 U.S.C 362 (a) as it applies to Movant and the property located at 211 Center Street, Orange Cove, California 93646 (the "Property").

　　　　The motion is made on the following grounds:

　　　　(1)　　Pursuant to 11 U.S.C 362(d) (1), cause exists to terminate the automatic stay because:

　　　　　　　a.　　Payment due on the note secured by the deed of trust on the Property have not been made to Movant (i.e., the subject loan is in default as of November 1, 2014

and the total outstanding payments due under the loan are in the sum of $10,276.00)

    b.    Movant's interest in the Property is not protected by an adequate equity cushion (as detailed below).

  (2)    Pursuant to 11 U.S.C. 362(d) (2), the debtors have no equity in the Property and the Property is not necessary to an effective reorganization. The equity analysis for Property is as follows:

| | |
|---|---:|
| Fair Market Value: | $75,000.00 |
| Less: | |
|     Movant's trust Deed | $122,000.00 |
|     Costs of Sales (8%) | $6,000.00 |
| **Equity in Property**: | **$(53,000.00)** |

  (3)    As Movant has retained counsel to represent him in this matter and is thereby incurring attorney's fees and expenses in filing this motion, Movant is seeking to recover his reasonable attorney's fees costs incurred in prosecuting the instant motion by adding these amounts to the outstanding balance due under the Note, as allowed under applicable non-bankruptcy law.

This motion is based on the Notice of Motion for Relief form Automatic Stay; Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing

Dated: 12-17-15

CYNTHIA A. ARROYO
Attorney for Movant, Carlos Garcia