# RELIEF FROM STAY SUMMARY SHEET
\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** OSCAR GUTIERREZ     **CASE NO.** 15-14228

**MOVANT:** CARLOS GARCIA     **DC NO.** 1

**HEARING DATE/TIME:** 1/28/2016 AT 1:30 p.m.

**RELIEF IS SOUGHT AS TO:**

(✔) **REAL PROPERTY**    Assessor Parcel Number (APN): 375-103-02

( ) **PERSONAL PROPERTY**    If applicable, Vehicle Identification Number (VIN): _____

( ) **STATE COURT LITIGATION**

1. Address OR description of property or state court action: 211 Center Street, Orange Cove, CA.

2. Movant's trust deed is a ( ) 1st (✔) 2nd ( ) 3rd ( ) Other: _____
   **OR**
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? No    Movant's valuation of property: $75,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $122,202.42 | $6,603.11 | $11,760.23 | $140,565.76 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.

   American Contractor's Indemnity Company (First)     $ 3,334.00
   Pascuzzi, Pascuzzi & Stoker (3rd)     $ 80,000.00
   _____     $ _____

   **TOTAL ALL LIENS**    $ 83,334.00
   **DEBTOR'S EQUITY**    $ 0.00

6. Monthly payment is $ 734.00, of which $ 0.00 is for impound account. Monthly late charge is $ 73.40.

7. The last payment by debtor was received on 10/1/2014 and was applied to the payment due 10/1/2014.

8. Number of payments past due and amount: (a) Pre-petition 12 $ 8,808.00 (b) Post-petition 2 $1,468.00.

9. Notice of Default was recorded on 7/14/2015. Notice of sale was published on 10/15/2015.

10. If a chapter 13 case, in what class is this claim? 1

11. Grounds for seeking relief (check as applicable):

    (✔) § 362(d)(1)    ( ) § 362(d)(2)    ( ) § 362(d)(3)    ( ) § 362(d)(4)

    (✔) Cause    (✔) Inadequate protection    (✔) Lack of equity    ( ) Lack of insurance    (✔) Bad faith

    ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

    ( ) Other _____.

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.
    The property has no equity. Debtor has not made a payment since October 2014. Debtor filed his Chapter 13 Bankruptcy on the eve of the pending sale and has little debt.

EDC 3-468 (Rev. 11/10)