CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228 |
| Debtor. | NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: 1/28/2016<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 13 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing on Carlos Garcia's ("Movant") Motion for Relief from Automatic Stay ("Motion') will be heard in the above-captioned courtroom of the Honorable Rene Lastreto II, located at 2500 Tulare Street, Fresno, CA 9371, on January 28, 2016 at 1:30 pm. The Motion is based on the Motion, the Declaration in Support of the Motion for Relief from Automatic Stay, the pleading and papers of the file herein and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**Please Take Further Notice** that the Motion is being made pursuant to Local Bankruptcy Rule 4001-1 and 9014-1 (f) (1), 11 United States Code 362 (d), and Federal Rules of Bankruptcy Procedure 4001.

**Please Take Further Notice** that any opposition to the granting of the Motion shall be in writing, supported by the written evidence, and shall be served on Movant's counsel, Cynthia A. Arroyo, Attorney at Law, at 740 G Street, Suite F, Reedley, CA 93654, and filed with the Clerk by the responding party, at the United States Bankruptcy Court, 2500 Tulare Street, Fresno, CA 93721, not less than fourteen (14) calendar days preceding the notice (or continued) date of hearing.

The opposition shall specify whether the responding party consents to the Court's resolution of the dispute material factual issues pursuant to FRCivP 43 (e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each dispute material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43 (e). Movant hereby waives the time constraints set fourth in Title 11 U.S. 362 (e) and consents to a hearing on the within Motion beyond the thirty (30) day time limitation required under the Bankruptcy Code.

**Please Take Further Notice** that unless written opposition and supporting evidence are timely filed with Clerk of the Court, and served on the Movant, the court may strike untimely filed written opposition and resolve the matter without oral argument or impose sanctions.

Dated: 12-17-15

*/s/ Cynthia A. Arroyo*
CYNTHIA A. ARROYO
Attorney for Movant, Carlos Garcia