CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228 |
| Debtor. | **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE: 1/28/2016<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 13 |

I, Carlos Garcia, declare:

1. I am over 18 years of age and the beneficiary/seller of Note and Deed of Trust executed by Debtor in my favor. In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. In my capacity as a beneficiary, I have access to books and records regarding the

1. Loan, including copies of the applicable Loan documents. I have personally reviewed records as they relate to the Loan and provide the herein testimony based on knowledge I have gained from the records.

3. I have personal knowledge regarding the manner in which the records are created, kept, and maintained. Records, relating to the servicing Loan, are made at or near the time of the occurrence of the matters set forth in such records. Such records are obtained, kept, and maintained by myself in regular course of business. The testimony provided herein is based on business records regarding the Loan and the knowledge I have gained from my review of those records.

4. According to my books and record, the Loan is evidence by a promissory note executed by Oscar Gutierrez and dated August 31, 2014, in the original principal amount of $122,000.00 (the "Note"). *See* Exhibit 1.

5. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 211 Center Street, Orange Cove, California 93646 (the "Property"). The Deed of Trust reflects that it was duly recorded. *See* Exhibit 2.

6. Copies of the Note and Deed of Trust which are attached to the concurrently filed Exhibits in Support of Motion for Relief from Automatic Stay ("Exhibit") as Exhibit 1 and 2 are true and correct copies of said documents contained in Carlos Garcia's business records.

7. A default exists under the Loan for failure to make payments due and owing under the Note and Deed of Trust.

8. On July 14, 2015, Movant caused to be recorded and served on Debtor a Notice of Default and Election to sell under the Deed of Trust. (See Exhibits, **Exhibit 3**)

9. On October 15, 2015, Movant caused to be recorded and served on Debtor a Notice of Trustee's Sale, (See Exhibits, **Exhibit 4**), with said Notice stating that the Property was scheduled to be sold on November 9, 2015 and the total amount due in the notice of sale is $140,104.15.

10. As of December 1, 2015, the outstanding payments due under the Loan are as follows:

| PAMENTS | | | |
|---|---|---|---|
| **Number of Payments** | **Payments Amount** | **Payment Dates** | **Total** |
| 14 | $734.00 | 07/01/2015 through 12/01/2015 | $10,276.00 |
| | | | |
| **Total Payment as of December 1, 2015** | | | $10,276.00 |

10. An additional payment will come due on January 1, 2016, and on the 1st day of each month thereafter until the Loan is paid full.

11. As of December 1, 2015, the total amount owed under the Note is approximately $140,104.15. This includes principal, plus interest and costs of $2757.95 for Foreclosure fees, $3345.28 in tax payments, $5000 in legal fees and $657.00 in late charges.

12. After defaulting in his payments due under this Note and prior to filing his Chapter 13 Bankruptcy, Debtor encumbered the property in an amount not to exceed $80,000 in favor of his attorney's office. (See Exhibits, Exhibit 5)

13. Carlos Garcia has retained counsel to represent him in this matter, and is thereby incurring attorney's fees and expenses in this matter.

I declare under penalty of perjury that foregoing is true and correct. Executed the 17th, day of December, 2015, at Reedley, California.

_____
Signature of Declarant

_____
Carlos Garcia