CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228 |
| Debtor. | **PROOF OF SERVICE** |
| | DATE: 1/28/2016 |
| | TIME: 1:30 p.m. |
| | DEPT: Courtroom 13 |

I, Valerie Peters, declare that:

I am employed in the County of Fresno, California. My business address is: 740 G Street, Suite F, Reedley, CA 93654. I am over the age of eighteen years and not a party to this cause.

On 12/23/15, a copy of the following documents:

- [PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY)

Was served by placing a copy thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, and/or by sending copies via e-mail pursuant to Local Bankruptcy Rule 7005-1 (d) (1) to parties consenting to service by electronics means, as follows:

| U.S MAIL (FIRST CLASS) |
|---|
| Oscar Gutierrez<br>211 Center Street<br>Orange Cove, CA 93646 |
| Glen E. Gates, Esq.<br>2377 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711 |
| Michael H. Meyer, Esq.<br>P.O. Box 28950<br>Fresno, CA 93729-8950 |

| ELECTRONIC MAIL |
|---|
| Department of Justice<br>Eastern District of California- Fresno Division<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 12/23/15

Valerie Peters