Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

Oscar Gutierrez

      DEBTOR

CASE NO. 15-14228-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

MOTION TO DISMISS
PURSUANT TO 11 U.S.C. §1307

DATE: January 28, 2016
TIME: 1:30 PM
PLACE:
    U.S. Courthouse
    5th Floor, Dept. B, Courtroom 13
    2500 Tulare Street
    Fresno, Ca 93721
JUDGE: Hon. Rene Lastreto II

**TO THE DEBTOR AND HIS ATTORNEY**:

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

    1. Failure to cooperate with the trustee as required in 11 U.S.C. §521(a)(3)(4). [1307(c) "for cause"]   More specifically, Trustee requested and Debtor failed to provide proof of all income, i.e., pay advices for the six months prior to filing.  [11 U.S.C. §521(a)(3)(4)]

    2. Unreasonable delay by the Debtor that is prejudicial to creditors. [1307(c)(1)]

**WHEREFORE**, the Trustee requests the court dismiss this case.

DATED: 12-29-15

                /s/ MICHAEL H. MEYER
                MICHAEL H. MEYER Chapter 13 Trustee

1