Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Oscar Gutierrez

        DEBTOR

)  Case No.: 15-14228-B-13F
)
)  DC NO. MHM-1
)
)  CHAPTER 13
)
)  NOTICE OF HEARING ON
)  MOTION TO DISMISS
)  PURSUANT TO 11 U.S.C. §1307
)
)  DATE:   January 28, 2016
)
)  TIME:   1:30 PM
)  PLACE: U.S. Courthouse
)              5th Floor, Dept. B, Courtroom 13
)              2500 Tulare Street
)              Fresno, Ca 93721
)
)  JUDGE: Hon. Rene Lastreto II
)

TO THE DEBTOR, THE COURT AND OTHER INTERESTED PERSONS:

      PLEASE TAKE NOTICE that the Motion to Dismiss will come on for hearing on January 28, 2016, at 1:30 PM, before the Honorable Rene Lastreto II, Judge of the United States Bankruptcy Court, located at 5th Floor, Dept. B, Courtroom 13, 2500 Tulare Street Fresno, Ca 93721 at which time the Court will consider the pleadings and papers of the Motion.

      The Motion is being brought pursuant to Local Bankruptcy Rule 9014-1(f)(1) and Federal Rules of Bankruptcy Procedure.

/////

**YOUR RIGHTS MAY BE AFFECTED.** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the Motion shall be in writing and shall be <u>served and filed with the Court by the responding party at least fourteen (14) days preceding the date of the hearing</u>. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion if written opposition has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the Motion or may result in the imposition of sanctions.

You must serve a copy on:

   (a)     Michael H. Meyer by email at  : **cvinson@meyer13.com**
           Or by first class mail at
           P.O BOX 28950
           Fresno, Ca 93729-8950

   (b)     The US Trustee's Office: **ustpRegion17.fr.ecf@usdoj.gov**

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as made applicable by FRBP 9017. If the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43(c).

DATE: 12-29-15

                              /s/ Michael M. Meyer
                               Michael H. Meyer, Chapter 13 Trustee