1 | Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
2 | Deanna K. Hazelton #202821
Senior Staff Attorney
3 | Sarah R. Velasco, #255873
Staff Attorney
4 | P.O. Box 28950
Fresno, CA 93729-8950
5 | Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

Oscar Gutierrez

　　DEBTOR

CASE NO. 15-14228-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

DECLARATION IN SUPPORT OF
MOTION TO DISMISS PURSUANT
TO 11 U.S.C. § 1307

DATE: January 28, 2016
TIME: 1:30 PM
PLACE
　　U.S. Courthouse
　　5th Floor, Dept. B, Courtroom 13
　　2500 Tulare Street
　　Fresno. Ca 93721

JUDGE: Hon. Rene Lastreto II

　　I, Elizabeth Clark, an employee of Michael H. Meyer, Chapter 13 Standing Trustee, declare as follows:

　　1. If called as a witness in this matter, I would testify from personal knowledge to the following.

　　2. I am familiar with this office's intake of documents and procedures for documenting case notes.

　　3. This motion is sought on grounds of unreasonable delay.

　　4. On or about November 2, 2015, Trustee sent a list of the required/requested documents checklist to Debtor and Debtor's attorney.

　　5. The checklist included a paragraph that stated: "All income received for the full six months prior to filing".

4

6. These were to have been provided to the trustee within (14) fourteen days of the filing of the Petition.

7. Debtor failed to provide all paystubs for the 6 months prior to filing within the time requested for Trustee's audit. [11 U.S.C §521(a)(3)(4)]

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on December 29, 2015, at Fresno, California.

                      /s/ Elizabeth Clark
                      Elizabeth Clark