Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

IN RE:

Oscar Gutierrez

        DEBTOR

CASE NO.: 15-14228-B-13F
DC NO.: MHM-1

CHAPTER 13 PROCEEDING

PROOF OF SERVICE BY MAIL

DATE: January 28, 2016
TIME: 1:30 PM

PLACE: U.S. Courthouse
5th Floor, Dept. B, Courtroom 13
2500 Tulare Street
Fresno, Ca 93721

JUDGE: Hon. Rene Lastreto II

STATE OF CALIFORNIA, COUNTY OF FRESNO

    I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is PO Box 28950. Fresno, California 93729-8950.

    On the date below I served the following documents described as: **MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307, NOTICE OF HEARING ON MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 and DECLARATION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307, PROOF OF SERVICE.**

    I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| On debtor's attorney as follows:<br>Glen E Gates<br>Pascuzzi Pascuzzi & Stoker<br>2377 W Shaw Ave Ste 101<br>Fresno, Ca 93711 | Debtor:<br>Oscar Gutierrez<br>211 Center Street<br>Orange Cove, Ca 93646 |
|---|---|

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on December 29, 2015, at Fresno, California.

                               /s/ Elizabeth Clark
                               Elizabeth Clark

6