| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Oscar Gutierrez |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number (if known) | 2015-14228 |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

■ Check if this is an amended filing

Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ■ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,437.79 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 **Copy here ->** | $ 0.00 | $ |

6. **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 **Copy here ->** | $ 0.00 | $ |

Debtor 1　Oscar Gutierrez　　　　　　　　　　　　　　　　　　Case number (*if known*)　2015-14228

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

　　For you　$　0.00
　　For your spouse　$

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.　　$ 0.00　$

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

　　10a.　Significant other/Leticia Camacho　　$ 446.00　$
　　10b.　　　　　　　　　　　　　　　　　　　$ 0.00　$
　　10c.　Total amounts from separate pages, if any.　+ $ 0.00　$

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.　　$ 2,883.79　+ $　　　= $ 2,883.79

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total average monthly income**

**Part 2:　Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly income from line 11.**　　$ 2,883.79

13. **Calculate the marital adjustment.** Check one:

■　You are not married. Fill in 0 on line 3d.
☐　You are married and your spouse is filing with you. Fill in 0 in line 13d.
☐　You are married and your spouse is not filing with you.

　　Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

　　In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

　　If this adjustment does not apply, enter 0 on line 13d.

　　13a.　　　　　　　　　　　　　　　　　　　$
　　13b.　　　　　　　　　　　　　　　　　　　$
　　13c.　　　　　　　　　　　　　　　　　　+ $

　　13d.　Total　　$ 0.00　Copy here=> 13d.　-　0.00

14. **Your current monthly income.** Subtract line 13d from line 12.　　14.　$ 2,883.79

15. **Calculate your current monthly income for the year.** Follow these steps:

　　15a.　Copy line 14 here=>　　　　　　　　　　　　　　　　　15a.　$ 2,883.79

　　　　　Multiply line 15a by 12 (the number of months in a year).　　x 12

　　15b.　The result is your current monthly income for the year for this part of the form.　　15b.　$ 34,605.48

Official Form 22C-1　　Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period　　page 2
Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor 1   Oscar Gutierrez      Case number (*if known*)   2015-14228

16. **Calculate the median family income that applies to you.** Follow these steps:

    16a. Fill in the state in which you live.    CA

    16b. Fill in the number of people in your household.    5

    16c. Fill in the median family income for your state and size of household.    16c.   $ 87,518.00
    
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a. ■ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3.** Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

    17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:**    Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

18. **Copy your total average monthly income from line 11.**    18.   $ 2,883.79

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.
    
    If the marital adjustment does not apply, fill in 0 on line 19a.    19a. -$ 0.00

    **Subtract line 19a from line 18.**    19b.   $ 2,883.79

20. **Calculate your current monthly income for the year.** Follow these steps:

    20a. Copy line 19b    20a.   $ 2,883.79

    Multiply by 12 (the number of months in a year).    **x** 12

    20b. The result is your current monthly income for the year for this part of the form    20b.   $ 34,605.48

    20c. Copy the median family income for your state and size of household from line 16c    $ 87,518.00

21. **How do the lines compare?**

    ■ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.

    ☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

**Part 4:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** /s/ Oscar Gutierrez

Oscar Gutierrez
Signature of Debtor 1

Date January 5, 2016
    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 22C-1     **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**     **page 3**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | Oscar Gutierrez | Case number (*if known*) | 2015-14228 |
|---|---|---|---|

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 04/01/2015 to 09/30/2015.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Eranings from ADT
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2015 | $2,181.71 |
| 5 Months Ago: | 05/2015 | $2,800.00 |
| 4 Months Ago: | 06/2015 | $2,240.00 |
| 3 Months Ago: | 07/2015 | $2,800.00 |
| 2 Months Ago: | 08/2015 | $2,240.00 |
| Last Month: | 09/2015 | $2,365.00 |
| | Average per month: | $2,437.79 |

Line 10 - Income from all other sources
Source of Income: Significant other/Leticia Camacho
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 04/2015 | $446.00 |
| 5 Months Ago: | 05/2015 | $446.00 |
| 4 Months Ago: | 06/2015 | $446.00 |
| 3 Months Ago: | 07/2015 | $446.00 |
| 2 Months Ago: | 08/2015 | $446.00 |
| Last Month: | 09/2015 | $446.00 |
| | Average per month: | $446.00 |

# United States Bankruptcy Court
### Eastern District of California

In re: Oscar Gutierrez, Debtor(s)

Case No. 2015-14228
Chapter 13

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- [ ] Petition
- [ ] Statement of Financial Affairs
- [ ] Creditor Matrix
- [ ] Statement of Intention
- [ ] List of 20 Largest Unsecured Creditors
- [x] Statement of Current Monthly Income-Form 22C-1
- [ ] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A  [ ] B  [ ] C  [ ] D  [ ] E  [ ] F  [ ] G  [ ] H  [ ] I  [ ] J
- [ ] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):

- [ ] To add pre-petition creditors, delete creditors, change amounts owed or classifications of debt ($30.00 **fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors must be accompanied by an amended matrix listing only the creditors added or changed.
- [ ] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated:  
Attorney's [or *Pro Se* Debtor's] Signature: /s/ Glen E. Gates  
Printed Name: Glen E. Gates 85885  
Mailing Address: Attorneys at Law, APC  
2377 W. Shaw Ave., Suite 101  
Fresno, CA 93711

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __4__ pages, is true and correct to the best of my(our) information and belief.

Dated: January 5, 2016  
/s/ Oscar Gutierrez  
Oscar Gutierrez  
Debtor's Signature

Dated:  
Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D,E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**