GLEN E. GATES  #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:　(559) 227-1100
Facsimile:　(559) 227-1290
E-mail:　ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>　　　　Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DECLARATION OF OSCAR GUTIERREZ REGARDING MISUNDERSTANDING OF QUESTIONS AT THE 341 MEETING BY THE TRUSTEE |

　　　　I, OSCAR GUTIERREZ, declare:

　　　　1.　　I am the Debtor in the above-noted matter.

　　　　2.　　This declaration is being prepared in English.  My daughter, Jovana Gutierrez, is translating the content of the declaration to me.

　　　　3.　　The facts set forth within this declaration are within my personal knowledge and if called to testify, I could testify competently thereto.

　　　　4.　　At the 341 meeting in this matter which was set for December 8, 2015, 2015, at 8:00 a.m., I was asked by the Chapter 13 Trustee's counsel, Deanna Hazelton, as to whether I had a Social Security Card.  I mistakenly said I did have a card when in fact all I had was my ITIN number which was used on my tax returns.  I understood her to say that I should go get a Social Security card and thought I could get a Social Security card but in

hindsight I realized that I cannot get a Social Security Card because I am not a citizen of the United States.

5. I regret the misstatement but I was extremely nervous and under a great deal of pressure being asked questions by the Trustee's attorney and through the interpreter on the telephone.

6. I want to be clear that I have a valid ITIN number and I do not have a Social Security number.

7. I have signed the amended Social Security form provided to my attorney by the United States Trustee.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 5th day of January, 2016 in Fresno, California.

_____
Oscar Gutierrez
PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

DECLARATION OF OSCAR GUTIERREZ