GLEN E. GATES  #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:     (559) 227-1100
Facsimile:      (559) 227-1290
E-mail:          *ggates@pascuzzi.net*

Attorneys for: Debtor Oscar Gutierrez

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\*\*\*\*\*

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| Oscar Gutierrez | Chapter 13 |
| Debtor, | DECLARATION OF JOVANA GUTIERREZ |

I, JOVANA GUTIERREZ, declare:

1.      I am the daughter of Oscar Gutierrez and Leticia Camacho.

2.      The facts set forth within this declaration are within my personal knowledge and if called to testify, I could testify competently thereto.

3.      I speak English and Spanish fluently.  I read English and Spanish.

4.      My parents do not speak the English language well nor do they read English. I interpret all of the statements by Mr. Glenn Gates, my parents' attorney, to them.  Every document that is submitted with my parents' signature I review and read to my parents and I make sure that they understand what the words mean on the document.

5.      I share this responsibility of interpreting for my parents with my sister, Erica Gutierrez.

DECLARATION OF JOVANA GUTIERREZ

6. My parents understand the documents they sign after Mr. Gates' explanation. He has answered every question my parents have about the documentation that they have signed, as well as, the strategy and the procedures utilized in their bankruptcy cases.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 5th day of January, 2016, in Fresno, California.

Jovana Gutierrez

DECLARATION OF JOVANA GUTIERREZ