GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>Debtor, | Case No. 2015-14228-B-13<br><br>DC No.: MHM-1<br><br>Chapter 13<br><br>DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS<br><br>DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

COMES NOW, Debtor Oscar Gutierrez, by and through his counsel, Glen E. Gates, submits the following Response to the Chapter 13 Trustee's Motion to Dismiss.

1. Simultaneously with the filing of this response all requirement of 11 U.S.C. §521 (a)(3)(4) will have been met by sending to the Trustee all pay advices requested.

2. There has been no delay that is prejudicial to creditors set forth in the motion.

DATED: 1/6/16

Respectfully submitted,

*/s/ Glen E. Gates*
Glen E. Gates

-1-

Debtor's Response to Trustee's Motion to Dismiss