**2**
GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>             Debtor, | Case No. 2015-14228-B-13<br><br>DC No.: MHM-1<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>          5th Floor, Dept. B, Courtroom 13<br>          2500 Tulare Street<br>          Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

    I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2377 West Shaw Avenue, Suite 101, Fresno, California 93711. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On January 6, 2016 I served the following:

**--DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Filed 01/06/16    Case 15-14228    Doc 44

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

Michael H. Meyer
Chapter 13 Trustee
PO Box 28950
Fresno, CA 93729-8950

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 6, 2016 at Fresno, California.

          /s/ Eloisa Madrigal
          ELOISA MADRIGAL