GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>               Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: CAA-1<br><br>**STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 43(e) [Federal Rules of Bankruptcy Procedure 9017]**<br><br>DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>           5th Floor, Dept. B, Courtroom 13<br>           2500 Tulare Street<br>           Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

      COMES NOW Oscar Gutierrez and submits the following statement of disputed material facts:

      1.    The Movant's position in support of his memorandum of points and authorities in support of Motion for Relief from Stay ("motion") alleges a promissory note executed on August 31, 2014, by Oscar Gutierrez made payable to Carlos Garcia. Oscar

Gutierrez denies executing a promissory note in the principle sum of $122,000 or any other amount made payable to Carlos Garcia.

2. The motion alleges a Deed of Trust securing the notes and executed by Oscar Gutierrez on August 31, 2014. Oscar Gutierrez denies executing a Deed of Trust on August 31, 2014, to secure a note payable to Carlos Garcia or any other person.

3. The Exhibits of Carlos Garcia, Exhibit 2, shows that the alleged Deed of Trust has signature the Debtor and Leticia Camacho which neither signed.

Dated: January ___, 2015

PASCUZZI, PASCUZZI & STOKER

_____
Glen E. Gates