GLEN E. GATES  #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:     (559) 227-1100
Facsimile:     (559) 227-1290
E-mail:        *ggates@pascuzzi.net*

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*\*\*\*\*\**

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| Oscar Gutierrez | Chapter 13 |
| | DCN:  CAA-1 |
| Debtor, | **DECLARATION OF OSCAR GUTIERREZ IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA** |
| | DATE:     January 28, 2016<br>TIME:     1:30 p.m.<br>PLACE:    U.S. Courthouse<br>          5th Floor, Dept. B, Courtroom 13<br>          2500 Tulare Street<br>          Fresno, CA 93721 |
| | JUDGE:    Hon. Rene Lastreto II |

I, OSCAR GUTIERREZ, declare:

1.     I am the Debtor in the above-noted matter.

2.     The facts set forth within this declaration are within my personal knowledge and if called to testify, I could testify competently thereto.

3.     I have reviewed the Declaration of Carlos Garcia in Support of "Motion from Relief from Automatic Stay".

1    4.    Mr. Garcia asserts he has a note and deed of trust "executed by debtor". He

2  asserts that a "true and correct copy of the note and deed of trust is set forth in his Exhibits 1

3  and 2 in support of his Motion for Relief from Stay.

4    5.    I deny the allegation that I signed a note in favor of Carlos Garcia. I deny that

5  I signed a Deed of Trust in favor of Carlos Garcia.

6    6.    I deny that I was in the presence of Carlos Garcia on August 31, 2014, or any

7  other date, for purposes of signing a note secured by a Deed of Trust.

8    7.    I deny that I signed a Deed of Trust and Assignment of Rents in the presence

9  of Carlos Garcia or Dayse Avila on August 31, 2014.

10    8.    I deny that I appeared in front of Erma R. Radtke, a Notary Public, on August

11  31, 2014, to sign my name to the Deed of Trust or any other document.

12    9.    At no time did I ever give Erma R. Radtke my thumbprint for purposes

13  proving my identity to Erma R. Radtke at any time.

14    10.    I did in fact sign a promissory note dated May 29, 2012, made payable to

15  Yolanda Villegas Garcia. A copy of the note signed by Leticia Camacho and me is set forth

16  in Exhibits 1 in support of the opposition to Carlos Garcia's Motion for Relief from Stay. I

17  invite the court to compare the signatures on the note of May 29, 2012, and compare it to the

18  Exhibits 1 and 2 of Carlos Garcia. To my naked eye, there are substantial differences

19  between the signatures on the promissory note, Exhibit 1, dated August 31, 2014, and my

20  signature on the promissory note dated May 29, 2012. Again, I did not sign Exhibits 1 and 2

21  of the Exhibits in Support of the Carlos Garcia Motion for Relief from Automatic Stay.

22    11.    I invite the court's attention to Exhibit 2 in support of my opposition to the

23  Carlos Garcia Motion. The document is the Deed of Trust in favor of my attorneys,

24  Pascuzzi, Pascuzzi & Stoker, dated May 9, 2015, some five months prior to the filing of my

25  bankruptcy. It should be noted that the Pascuzzi, Pascuzzi & Stoker Deed of Trust was a

26  subject of a Deed of Reconveyance to me and Leticia Camacho on October 28, 2015.

27

28

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

12.      At no time was I present nor did I sign my name in front of Erma R. Radtke in the presence of Carlos Garcia or Rick Garcia.

13.      The court's attention is invited to the declaration of Mr. James Tarver, a handwriting expert that came by my attorney to compare and give an opinion as to the validity of the signatures on Exhibits 1 and 2 in support of the Motion for Relief from Automatic Stay by Carlos Garcia.  The opinion of James Tarver is self-explanatory.

14.      I request the court set an evidentiary hearing date with the appropriate discovery so that I may present evidence to the court in support of my position and that my attorney may cross-exam Carlos Garcia, the moving party.  It is also expected that at the time of the evidentiary hearing, the testimony of handwriting expert, James Tarver, will be presented to the court.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this _____ 8 _____ day of January, 2016, in Fresno, California.

_____
Oscar Gutierrez, Debtor

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

DECLARATION OF OSCAR GUTIERREZ IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA