GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: CAA-1<br><br>**OSCAR GUTIERREZ'S WRITTEN EVIDENTIARY OBJECTIONS TO DECLARATION OF CARLOS GARCIA IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

/ / /

/ / /

/ / /

-1-

EVIDENTIARY OBJECTIONS

1　　　　Oscar Gutierrez, Debtor, hereby submits written evidentiary objections to the
2　following declaration of Carlos Garcia in Support of Motion for Relief from Automatic Stay.
3　**DECLARATION OF CARLOS GARCIA**

| Inadmissible Evidence | Evidentiary Objection(s) |
|---|---|
| Garcia Decl., p.1, lines 23-24: "… beneficiary/seller of note and deed of trust executed by debtor in my favor." | Objection:<br>Lack of personal knowledge (FRE 602)<br>Lack of foundation (FRE 602) |
| Para 1, line 25 reference to loan. | Objection:<br>Lack of personal knowledge (FRE 602)<br>Objection: Hearsay (FRE 802)<br>Objection: Speculative as to loan transaction (FRE 602).<br>Lack of knowledge (FRE 602) |
| Page 1, line 24: I am authorized to make this declaration. | Objection:<br>Calls for legal conclusion by the witness. |
| Page 1, lines 28, pages 2, lines 1 to 3: records relating to the loan. | Objection:<br>"lack of foundation";<br>lack of personal knowledge (FRE 602) |
| Page 2, line 5: I have personal knowledge. | Objection:<br>Lack of foundation (FRE 602) |
| Pages 2, lines, 6 -7: Records made at or near time of occurrence | Objection:<br>Vague and ambiguous.<br>Lack of foundation (FRE 602) |
| Page 2, lines 9 - 10:" business records regarding the loan" | Objection:<br>Vague and ambiguous<br>Lack of foundation as to knowledge (FRE 602) |

EVIDENTIARY OBJECTIONS

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

| Inadmissible Evidence | Evidentiary Objection(s) |
|---|---|
| Page 2, lines 7 – 8: "record kept in ordinary course of business" | Objection:<br>Vague and ambiguous as to what business<br>Lack of authentication and identification (FRE 901) |
| Page 2, line 12: "according to my books and record (sic), the loan is evidence (sic) by a promissory note executed by Oscar Gutierrez and dated August 31, 2014. | Objection:<br>Lack of personal knowledge (FRE 602)<br>Lack of foundation;<br>Lack of authentication (FRE 901) |
| Page 2, line 21 - 22: "Are true and correct copies of said copies contained in Carlos Garcia's business records." | Objection:<br>Failure to authenticate and properly identify (FRE 901) |
| Page 2, lines 23- 24: "A default exists under the loan for failure to make payment due and owing under the note and deed of trust." | Objection:<br>Lack of personal knowledge (FRE 602)<br>Lack of authentication and identification (FRE 901) |
| Page 3, lines 18 – 19: Totally amount owed under the note is approximately $140,104.15. | Objection:<br>Lack of personal knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Lack of authentication and identification (FRE 901) |
| Page 3, line 19: Costs $2,757.95 foreclosure fees | Objection:<br>Lack of personal knowledge (FRE 602)<br>Hearsay (FRE 802)<br>Lack of foundation and authentication (FRE 901) |

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

EVIDENTIARY OBJECTIONS

| Inadmissible Evidence | Evidentiary Objection(s) |
|---|---|
| Page 3, line 20: $3,345.28 in tax payments | Objection:<br><br>Lack of personal knowledge (FRE 602)<br><br>Hearsay (FRE 802)<br><br>Lack of foundation and authentication (FRE 901) |
| $5,000 legal fees | Objection:<br><br>Lack of personal knowledge (FRE 602)<br><br>Hearsay (FRE 802); Lack of foundation and authentication (FRE 901) |
| $657 in late fees. | Objection:<br><br>Lack of personal knowledge (FRE 602)<br><br>Hearsay (FRE 802)<br><br>Lack of foundation and authentication (FRE 901) |

Dated: January 6, 2016

PASCUZZI, PASCUZZI & STOKER

Glen E. Gates
Attorney for Oscar Gutierrez

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

-4-

EVIDENTIARY OBJECTIONS