GLEN E. GATES  #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:  (559) 227-1100
Facsimile:  (559) 227-1290
E-mail:  ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*

| In the Matter of<br><br>Oscar Gutierrez<br><br>Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: CAA-1<br><br>**DECLARATION OF ROBERT ABRAMS IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA**<br><br>DATE:  January 28, 2016<br>TIME:  1:30 p.m.<br>PLACE: U.S. Courthouse<br>  5th Floor, Dept. B, Courtroom 13<br>  2500 Tulare Street<br>  Fresno, CA 93721<br><br>JUDGE:  Hon. Rene Lastreto II |
|---|---|

I, Robert Abrams, declare:

1. I am an attorney at law licensed to practice for the State Bar of California.

2. The facts of forth within this declaration are within my personal knowledge and if called to testify I could testify confidently thereto.

3. I formerly represented Oscar Gutierrez and Leticia Camacho. They came to this office for the purpose of seeking assistance. They were informed by a mortgage lender that there was a deed of trust in favor of Carlos Garcia, Kayla Garcia and Dayse Avila.

-1-

4. When questioned regarding the claim of a deed of trust and a promissory note, my clients adamantly denied that they ever appeared before a notary, Irma Radtke, on August 31, 2014 and signed the documents in question. These documents are the promissory note and deed of trust of August 31, 2014.

5. I informed my clients that the one course of action was to bring an action in the Fresno Superior Court seeking, among other things, quite title and for fraud if in fact their claims of the alleged forgery (someone else signing their name to the note and deed of trust) were true.

6. At that time I advised them that such litigation is very expensive. They were without funds to bring such an action. I told them that in all likelihood if the facts were as we believed them to be, they would prevail in an action in the Superior Court. The problem however was that the Superior Court's action was infinitely more expensive and longer than would be the case in a bankruptcy setting.

7. After much discussion, it was determined that the Debtors would file relief in the Bankruptcy Court.

8. This office had taken a deed of trust on the subject real property as security for the fees. The deed of trust secured up to $80,000 in legal fees. After the decision was made to file bankruptcy, this office reconveyed the deed of trust to the Debtors and forgave any outstanding indebtedness on the account.

9. At the time this matter was referred to attorney, Glen E. Gates in our office who has substantial bankruptcy experience.

10. Subsequent to the deed of reconveyance signed by this firm and its President, Harry Pascuzzi, a bankruptcy was filed on October 30, 2015.

11. A copy of the deed of trust in favor of Pascuzzi, Pascuzzi & Stoker and the deed of reconveyance is set forth in **Exhibits 2 and 3** to the exhibit list accompanying this declaration.

DECLARATION OF ROBERT ABRAMS IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 12 day of January, 2016, in Fresno, California

Respectfully submitted,

PASCUZZI, PASCUZZI & STOKER



Robert Abrams

**DECLARATION OF ROBERT ABRAMS IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA**