GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: CAA-1<br><br>**DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM STAY OF CARLOS GARCIA**<br><br>DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

I, JAMES A. TARVER, am over the age of 18 years, competent to testify herein, and make this Declaration based on personal knowledge and my review of records and documents related to the above-captioned matter.

1.  I am a Forensic Document Examiner and the manager of Central Valley Document Examination Services, LLC. My work as a forensic document examiner includes review and analysis of evidence to determine the authenticity of documents, and sources of handwriting

-1-

DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM STAY OF CARLOS GARCIA

on documents. I express opinions regarding my analytical results, and testify thereto as an expert witness in state and federal courts.

2. I am competent to testify based upon my education, training, and 30 years of experience as a forensic document examiner. My experience includes criminal and civil casework. Attached hereto as Exhibit 1 is a true and correct copy of my *curriculum vitae* containing my education, training and experience, and which is fully incorporated herein by reference.

3. I have a Bachelor and a Master of Science degrees (with academic distinction) in Criminology from the California State University, Fresno (CSUF). These degrees included undergraduate and graduate education and research in forensic document examination.

4. I completed a three-year internship program in forensic document examination, which was associated with my degree work at CSUF. That program was supervised by a professor of forensic science who was a senior forensic document examiner with the Federal Bureau of Investigation (FBI) prior to his retirement from the FBI and transition into academia. My internship program also included coursework at the FBI Academy in Quantico, Virginia. That coursework was accredited by the University of Virginia.

5. I receive continuing education through membership and active participation in the American Academy of Forensic Sciences (AAFS), and the Southwest Association of Forensic Document Examiners (SWAFDE). I am a member of the Questioned Documents Section of the AAFS, a member, past president and director of SWAFDE.

6. I participate in annual document examination proficiency testing, administered by an outside testing service. I have passed each of those proficiency tests.

7. During my career as a forensic document examiner I have qualified as an expert and provided trial, deposition, and hearing testimony on approximately 300 occasions. These

qualifications include Superior Courts for the States of California and Washington, District Court for the State of Nevada, Federal Courts for the Eastern District of California, the Western District of Washington, and the Western District of Texas.

8.  Fresno Attorney Glen E. Gates of the Pascuzzi, Pascuzzi and Stoker Law Offices provided the following evidence for examination:

    A. *A Deed of Trust (Acceleration Clause)* consisting of five pages. Page No. 4 contains an original known signature of Oscar Gutierrez dated May 9, 2015.

    B. A one-page *Straight Note – Secured by Deed of Trust* dated May 29, 2012, and containing a non-original known signature of Oscar Gutierrez.

    C. An eight-page *Attorney Services and Fee Agreement* between the Pascuzzi, Pascuzzi and Stoker Law Offices, Oscar Gutierrez, and Leticia Camacho. Page No. 8 contains an original known signature of Oscar Gutierrez dated May 4, 2015.

    D. A two-page *Preliminary Change of Ownership Report*. Page No. 2 contains a non-original known signature of Oscar Gutierrez dated May 29, 2012.

    E. A letter dated August 31, 2014 containing a non-original known signature of Oscar Gutierrez.

    F. A six-page *Bankruptcy Legal Service Contract* between the Pascuzzi, Pascuzzi and Stoker Law Offices and Oscar Gutierrez. Page No. 6 contains an undated, non-original known signature of Oscar Gutierrez.

    G. A one-page *Authorization to Release Information to the Trustee Regarding Secured Claims Being Paid by the Trustee*, containing an original known signature of Oscar Gutierrez dated November 12, 2015.

DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM STAY OF CARLOS GARCIA

H. A three-page *Retail Installment Sale Contract – Simple Interest Finance Charges* dated March 28, 2008 containing seven non-original known signatures of Oscar Gutierrez.

I. A three-page *Retail Installment Sale Contract - Simple Finance Charge (With Arbitration Provision)* dated May 25, 2014 containing eight non-original known signatures of Oscar Gutierrez.

J. A one-page *Voluntary Petition* dated October 27, 2015, containing an original known signature of Oscar Gutierrez.

K. A *Straight Note – Secured by Deed of Trust* dated August 31, 2014, containing a non-original questioned Oscar Gutierrez signature.

L. A three-page *Deed of Trust and Assignment of Rents* dated August 31, 2014. Page number three contains a questioned Oscar Gutierrez signature.

9. Mr. Gates requested that I examine the known signatures of Oscar Gutierrez on Items A through J, and compare them to the questioned Oscar Gutierrez signatures on Items K and L to determine whether or not the question signatures are genuine.

10. The known signatures on Items A through J and questioned signatures on Items K and L were visually examined with stereoscopic optical magnification from 5 to 30 diameters. The known writing was compared to the questioned writing to determine if there were differences, absent characters, and similarities. The characteristics of the known and questioned writing were evaluated as to their significance individually, and in combination. The individualizing characteristics and other potentially significant features present in the comparable portions of the bodies of known and questioned writing were analyzed, compared, and evaluated.

11. That analysis, comparison, and evaluation yielded the following opinions:

-4-

      i. It is highly probable that the questioned Oscar Gutierrez signatures on Items K and L are not the genuine signatures of Oscar Gutierrez.

      ii. It is highly probable that the questioned Oscar Gutierrez signatures on Items K and L are simulated writings. Simulated writings occur when one person attempts to imitate the handwriting characteristics of another.

12. The foregoing examination results are expressed according to terminology that is standardized in Designation E 1658 of the American Society for Testing and Materials (ASTM), as noted in Exhibit 2 of this report.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE ABOVE IS TRUE AND CORRECT. DATED THIS 7th DAY OF JANUARY, 2016, IN NEWCASTLE, WASHINGTON.

_____
JAMES A. TARVER

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM STAY OF CARLOS GARCIA