GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| Oscar Gutierrez | Chapter 13 |
| | DCN: CAA-1 |
| Debtor, | **EXHIBIT TO DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY OF CARLOS GARCIA** |
| | DATE: January 28, 2016<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721 |
| | JUDGE: Hon. Rene Lastreto II |

| Exhibit | Document Title | Page |
|---|---|---|
| 1 | Curriculum Vitae of James A. Tarver | 2 |

DATED: 1/12/16

Glen E. Gates

-1-

**EXHIBIT 1**

# James A. Tarver
Forensic Document Examiner

*Resume and Curriculum Vitae*

## Education

Master and Bachelor of Science Degrees (with academic distinction) in Criminology from the California State University, Fresno, with graduate research focus in forensic document examination.

Post-graduate doctoral studies in adult and professional education, University of Southern California.

## Experience

Manager of Central Valley Document Examination Services LLC. Forensic document examiner in private practice for civil cases.

Crime Laboratory Division Manager, Washington State Patrol

Laboratory Manager, Washington State Patrol Seattle Crime Laboratory

Supervising Forensic Scientist, Washington State Patrol Crime Laboratory Division, Questioned Documents Unit.

Member of the American Society of Crime Laboratory Directors, Laboratory Accreditation Board Technical Advisory Committee for the Questioned Documents Discipline.

Member of the Training and Qualifications Committee of the Scientific Work Group for Document Examination sponsored by the Federal Bureau of Investigation, Washington, D.C.

Senior Criminologist and Forensic Document Examiner in the Technical Services Bureau of the Fresno County Sheriff's Department.

Part-time instructor for classes including forensic science, comparative systems, and juvenile delinquency in the Criminology Department at the California State University, Fresno.

(Continued)

**Specialized Training and Qualifications**

Forensic Document Examination training in undergraduate study at the University of Virginia extension, Federal Bureau of Investigation Academy in Quantico, Virginia.

Expert testimony for forensic document examination in Superior Courts, administrative law proceedings, and arbitration hearings throughout California; in Federal Courts for the Eastern District of California, the Western District of Washington, and the Western District of Texas; in Superior Court for the State of Washington, and Circuit Court for the State of Nevada.

Forensic science training in undergraduate study at the California State University, Long Beach and from the California Department of Justice, Sacramento.

Annual proficiency testing and technical peer review in forensic document examination to meet standards established by the American Society of Crime Laboratory Directors, Laboratory Accreditation Board.

**Associations and Certifications**

American Academy of Forensic Sciences
    Questioned Document Section

California Community College multiple subject teaching credential

Southwestern Association of Forensic Document Examiners
    Past President & Regional Representative

American Society for Testing and Materials
    E-30 Committee Member

*Professional references available upon request*

# CENTRAL VALLEY DOCUMENT EXAMINATION SERVICES LLC

SERVING CALIFORNIA AND THE PACIFIC NORTHWEST

JAMES A. TARVER
FORENSIC DOCUMENT EXAMINER

MANAGER OF CENTRAL VALLEY DOCUMENT EXAMINATION SERVICES LLC
MEMBER OF THE AMERICAN ACADEMY OF FORENSIC SCIENCES AND
THE SOUTHWESTERN ASSOCIATION OF FORENSIC DOCUMENT EXAMINERS

## Standard Terminology for Document Examination Reports

Forensic document examiners express opinions according to terminology that is standardized in Designation E 1658 of the *American Society for Testing and Materials* (ASTM). These opinions can be graphically expressed according to a continuum that is known as *The Nine Point Scale* (see the following page).

While sometimes expressed as findings of "probability," these opinions are qualitative and do not have a statistical basis. Document examiners do not relate these levels of probability to percentages or other quantitative expressions.

The quality of document evidence (such as a poor photocopy or facsimile) and limited quantity of items submitted are important factors that influence the outcome of document examinations.

In the center of *The Nine Point Scale* is the inconclusive finding, and then the scale progresses to either end of the continuum depending upon whether the opinion identifies or excludes a particular writer. In summary, the points on the continuum can be explained as follows, beginning in the center with an inconclusive finding, then progressing to either end:

- **Inconclusive:** The examiner has no opinion regarding the source of writing, often because of limitations in either the quantity or quality of the evidence and the resulting lack of individualizing characteristics.

- **Indications:** A body of writing has very few characteristics or features which are significant to definitive findings. What limited characteristics or features there are do agree (on the *identification* side) or disagree (on the *exclusion* side) between the known and questioned writing.

- **Probable:** The characteristics and features of the questioned writing point strongly toward common authorship or lack thereof, depending upon which side of the continuum they occur. This opinion falls short of the virtual certainty of high probability.

- **Highly Probable:** There is virtual certainty that the questioned and known writings share or lack common authorship, depending upon which side of the continuum they occur. Some characteristic or feature is missing to absolutely identify or exclude a potential author.

- **Identification or elimination:** Representing the most definitive of findings in an expert opinion, the evidence supports without reservation either common authorship between the known and questioned writing, or the exclusion of a writer from the population of potential contributors.

Please refer to the next page for a graphic representation of *The Nine Point Scale*.

**CALIFORNIA OFFICE**
516 W. SHAW AVENUE, SUITE 200
FRESNO, CA 93704
PH　559.221.2558
FAX　559.221.2660

WWW.CVDES.COM

**PACIFIC NORTHWEST OFFICE**
POST OFFICE BOX 3954
SEATTLE, WA 98124
PH　425.204.6028
FAX　559.221.2660

**ASTM E 1658**
**Continuum of findings expressed for handwriting examinations.**

| Elimination | Highly Probable | Probable | Indications | Inconclusive | Indications | Probable | Highly Probable | Identification |
|---|---|---|---|---|---|---|---|---|
| | ——(DID NOT WRITE)—— | | | | | | ——(DID WRITE)—— | |

*Central Valley Document Examination Services LLC*
*James A. Tarver, Forensic Document Examiner*