```
GLEN E. GATES  #85885
PASCUZZI, PASCUZZI & STOKER
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:    (559) 227-1100
Facsimile:    (559) 227-1290
E-mail:       ggates@pascuzzi.net
```

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>　　　　　　　Debtor, | Case No. 2015-14228-B-13<br><br>DC No.: CAA-1<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:   January 28, 2016<br>TIME:   1:30 p.m.<br>PLACE:  U.S. Courthouse<br>　　　　　5th Floor, Dept. B, Courtroom 13<br>　　　　　2500 Tulare Street<br>　　　　　Fresno, CA 93721<br><br>JUDGE:  Hon. Rene Lastreto II |

  I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2377 West Shaw Avenue, Suite 101, Fresno, California 93711. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On January 13, 2016 I served the following:

--   **STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES**

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

-- MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

- OSCAR GUTIERREZ'S WRITTEN EVIDENTIARY OBJECTIONS TO DECLARATION OF CARLOS GARCIA IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

- DECLARATION OF OSCAR GUTIERREZ IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

- DECLARATION OF ROBERT ABRAMS IN OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

- DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM STAY OF CARLOS GARCIA

- EXHIBITS 1-4 IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

- EXHIBITS TO DECLARATION OF JAMES A. TARVER IN SUPPORT OF OPPOSITION TO THE MOTION FOR RELIEF FROM AUTOMATIC STAY

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

| Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 | Michael H. Meyer<br>Chapter 13 Trustee<br>PO Box 28950<br>Fresno, CA 93729-8950 | Cynthia A. Arroyo<br>Attorney at Law<br>740 "G" Street, Suite "F"<br>Reedley, CA 93654 |
|---|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 13, 2016 at Fresno, California.

/s/ Eloisa Madrigal
ELOISA MADRIGAL