Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No.: 15-14228-B-13F |
| Oscar Gutierrez | DC NO. MHM-1 |
| | CHAPTER 13 |
| Debtor. | WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. §1307 |
| | DATE: January 28, 2016<br>TIME: 1:30 PM |
| | PLACE: U.S. Courthouse<br>5th Floor<br>2500 Tulare Street<br>Fresno, Ca 93721 |
| | JUDGE: Hon. Rene Lastreto II |

TO THE DEBTOR, HIS ATTORNEY AND INTERESTED PARTIES:

    YOU AND EACH OF YOU are hereby notified that the Chapter 13 Trustee's Motion for Order of Dismissal Pursuant to 11 U.S.C. §1307, set for hearing on January 28, 2016, is hereby withdrawn.

Dated: January 14, 2016

    Respectfully submitted,

    /s/ MICHAEL H. MEYER
    MICHAEL H. MEYER
    Chapter 13 Trustee

1