Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Oscar Gutierrez<br><br>                 Debtor. | Case No.: 15-14228-B-13F<br><br>DC NO. MHM-1<br><br>CHAPTER 13<br><br>PROOF OF SERVICE<br><br>DATE: January 28, 2016<br>TIME: 1:30 PM<br><br>PLACE: U.S. Courthouse<br>          5th Floor<br>          2500 Tulare Street<br>          Fresno, Ca 93721<br><br>JUDGE: Hon. Rene Lastreto II |

STATE OF CALIFORNIA, COUNTY OF FRESNO

    I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is P.O. Box 28950, Fresno, California 93729-8950.

    On the date below I served the following documents described as: **WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. §1307 and PROOF OF SERVICE.**

    I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| On the Debtor's attorney as follows:<br>Glen E Gates<br>Pascuzzi Pascuzzi & Stoker<br>2377 W Shaw Ave Ste 101<br>Fresno, Ca 93711 | Debtor:<br>Oscar Gutierrez<br>211 Center Street<br>Orange Cove, Ca 93646 |
|---|---|

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on January 14, 2016 Fresno, California.

                          /s/ Elizabeth Clark
                          Elizabeth Clark