# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 01/28/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [29] – Motion/Application to Dismiss Case [MHM–1] Filed by Trustee Michael H. Meyer (dchf) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

The trustee's motion has been withdrawn.