# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15−14228 − B − 13 |
| | | **Date :** | 01/28/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

For the reasons set forth in the court's civil minutes, docket number 58,

IT IS ORDERED that the motion is continued to March 23, 2016, at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The motion is hereby designated as Docket Control Number CAA−1.

IT IS FURTHER ORDERED that the matter is deemed to be a contested matter. Pursuant to Federal Rules of Bankruptcy Procedure 9014(c), the federal rules of discovery apply to contested matters. The parties shall immediately commence formal discovery, meet and confer, and set deposition dates if necessary. If the matter is not resolved by the continued hearing date the court intends to consolidate the motion in this case with the related motion, Docket Control Number CAA−1 (document #15) in case number 15−14225.

Dated: Jan 30, 2016

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Cynthia A. Arroyo
740 G St #F
Reedley CA 93721

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711