```
                         United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                    Case No. 15-14228-B
Oscar Gutierrez                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: bres             Page 1 of 1            Date Rcvd: Feb 01, 2016
                              Form ID: pdf030        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2016.
db            +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty           +Cynthia A. Arroyo,    740 G St #F,    Reedley, CA 93654-2629
aty           +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             E-mail/Text: bncnotices@meyer13.com Feb 02 2016 03:59:56      Michael H. Meyer,    PO Box 28950,
          Fresno, CA 93729-8950
                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2016                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2016 at the address(es) listed below:
NONE.                                                                                                                 TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 01/28/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

For the reasons set forth in the court's civil minutes, docket number 58,

IT IS ORDERED that the motion is continued to March 23, 2016, at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The motion is hereby designated as Docket Control Number CAA–1.

IT IS FURTHER ORDERED that the matter is deemed to be a contested matter. Pursuant to Federal Rules of Bankruptcy Procedure 9014(c), the federal rules of discovery apply to contested matters. The parties shall immediately commence formal discovery, meet and confer, and set deposition dates if necessary. If the matter is not resolved by the continued hearing date the court intends to consolidate the motion in this case with the related motion, Docket Control Number CAA–1 (document #15) in case number 15–14225.

Dated: Jan 30, 2016

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Cynthia A. Arroyo
740 G St #F
Reedley CA 93721

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711