Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re:

Oscar Gutierrez

        DEBTOR

Case No.: 15-14228-B-13F

CHAPTER 13

DC NO. MHM-2

NOTICE OF CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

DATE: March 10, 2016
TIME: 1:30 PM
PLACE: U.S. Courthouse
        Dept. B, Courtroom 13
        5th Floor
        2500 Tulare Street
        Fresno, Ca 93721
JUDGE: Hon. Rene Lastreto II

MICHAEL H. MEYER, Chapter 13 Trustee, has filed papers with the court objecting to confirmation of your Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

A hearing on the objection and confirmation of the plan will be held on March 10, 2016, at the time and location set forth above.

Pursuant to Local rule, no written response to the objection is necessary. Any opposition to the objection shall be heard at the hearing.

        Respectfully submitted,
        /s/ Michael H. Meyer
Date: 2-16-16         Michael H. Meyer, Chapter 13 Trustee

-1-