Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Oscar Gutierrez<br><br>         DEBTOR | Case No.: 15-14228-B-13F<br><br>CHAPTER 13<br><br>DC NO. MHM-2<br><br>DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS CHAPTER 13 PLAN<br><br>DATE:   March 10, 2016<br>TIME:   1:30 PM<br>PLACE: U.S. Courthouse<br>           Dept. B, Courtroom 13<br>           5th Floor<br>           2500 Tulare Street<br>           Fresno, Ca 93721<br><br><br>JUDGE: Hon. Rene Lastreto II |

   I, Deanna K. Hazelton, declare,

   1.   I am an attorney duly licensed to practice before the courts of the state of California and the Eastern District of California.  I am a Staff attorney for the Standing Chapter 13 Trustee, Michael H. Meyer, in the above-entitled proceeding.  If called to testify to the facts set forth in the moving papers, I could and would testify competently to those facts to which I have personal knowledge.  The following is of my own personal knowledge and if called to testify, I could and would testify as follows:

2. I have reviewed the above referenced matter and all documents received by our office regarding this matter as well as all documents that have been filed with the court in this matter.

3. I was the examining officer at the 341a meeting of the creditors, in the above referenced case. The facts provided in the moving papers are true and correct to the best of my knowledge.

4. The facts in the moving papers are retrieved entirely from (1) the debtors own documents filed in the case under penalty of perjury; (2) documents provided by Debtor(s) as required by law or at the request of the Trustee; (3) statements made by the debtor(s) under penalty of perjury at the meeting of the creditors.

5. The information provided in the moving papers that come from statements made by the Debtor(s) at the meeting of the creditors are either not offered for the truth of the matter asserted and/or go to the Debtor(s)' state of mind, and/or are statements made by the debtor(s) against debtor(s) own interest.

6. The information provided in the moving papers that come from the documents signed under penalty of perjury are either not offered for the truth of the matter asserted and/or go to the Debtor(s)' state of mind, and/or are statements made by the debtor(s) against debtor'(s) own interest, or the Trustee seeks that the court take judicial notice of.

7. The information provided in the moving papers that come from the debtor(s)' attorney as required by law or at the request of the Trustee are based on true and correct representations of the information provided in those documents and were actually documents received from the debtor(s) counsel. The documents can be provided to the court by way of stipulation by the parties, further declaration, or evidentiary hearing at the request of the court.

I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on February 16, 2016, at Fresno, California.

/s/ Deanna K. Hazelton
Deanna K. Hazelton