```
Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Deanna K. Hazelton #202821
Senior Staff Attorney
Sarah R. Velasco #255873
Staff Attorney
P.O. Box 28950
Fresno, CA  93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Oscar Gutierrez

　　　　　DEBTOR

)　Case No.: 15-14228-B-13F
)
)　CHAPTER 13
)
)　DC NO. MHM-2
)
)　PROOF OF SERVICE
)
)　DATE:　March 10, 2016
)
)　TIME:　1:30 PM
)　PLACE: U.S. Courthouse
)　　　　　Dept. B, Courtroom 13
)　　　　　5th Floor
)　　　　　2500 Tulare Street
)　　　　　Fresno, Ca 93721
)
)　JUDGE: Hon. Rene Lastreto II

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is P.O. Box 28950, Fresno, California 93729-8950.

On the date below I served the following documents described as: **Chapter 13 Trustee's Objection to Confirmation of Debtors Chapter 13 Plan; Notice of Chapter 13 Trustee's Objection to Confirmation of Debtors Chapter 13 Plan; Declaration in Support of Chapter 13 Trustee's Objection to Confirmation of Debtors Chapter 13 Plan; Proof of Service.**

I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Trusteeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

| On the Debtor's attorney as follows:<br>Glen E Gates<br>Pascuzzi Pascuzzi & Stoker<br>2377 W Shaw Ave Ste 101<br>Fresno, Ca 93711 | Debtor:<br>Oscar Gutierrez<br>211 Center Street<br>Orange Cove, Ca 93646 |
|---|---|

　　　I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on February 16, 2016, at Fresno, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth Clark
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth Clark

-4-