# United States Bankruptcy Court
## Eastern District of California

In re  Oscar Gutierrez
                    Debtor(s)

Case No. 2015-14228
Chapter  13

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- [ ] Petition
- [ ] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [ ] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A  [ ] B  [ ] C  [ ] D  [ ] E  [ ] F  [ ] G  [ ] H  [ ] I  [ ] J
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [x] Disclosure of Compensation of Attorney for Debtor
- [ ] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**

Purpose of amendment (check one):
- [ ] To add pre-petition creditors, delete creditors, change amounts owed or classifications of debt ($30.00 **fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors *must* be accompanied by an amended matrix listing only the creditors added or changed.
- [x] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 2/24/2016

Attorney's [or *Pro Se* Debtor's] Signature: /s/ Glen E. Gates
Printed Name: Glen E. Gates 85885
Mailing Address: Attorneys at Law, APC
2377 W. Shaw Ave., Suite 101
Fresno, CA 93711

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 3 pages, is true and correct to the best of my(our) information and belief.

Dated: 02/25/16
/s/ Oscar Gutierrez
Oscar Gutierrez
Debtor's Signature

Dated:
_____
Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. **Do not use an amendment cover sheet when submitting amended plans or amendments to plans.**
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D,E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files *must* be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

# United States Bankruptcy Court
## Eastern District of California

In re: Oscar Gutierrez
Debtor(s)

Case No. 2015-14228
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                              $    0.00
   Prior to the filing of this statement I have received                    $    0.00
   Balance Due                                                              $    0.00

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is: **PLEASE SEE THE ATTACHED DECLARATION**

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: February 24, 2016

/s/ Glen E. Gates
Glen E. Gates 85885
Pascuzzi, Pascuzzi & Stoker
Attorneys at Law, APC
2377 W. Shaw Ave., Suite 101
Fresno, CA 93711
(559) 227-1100  Fax: (559) 227-1290

GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
A Professional Corporation
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone:    (559) 227-1100
Facsimile:     (559) 227-1290
E-mail:        ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Oscar Gutierrez<br><br>                   Debtor, | Case No. 2015-14228-B-13<br><br>Chapter 13 |

### DECLARATION OF GLEN E. GATES RE ATTORNEY FEES
[Local Rule 2016-1]

I, Glen E. Gates declare as follows:

1.     I am an attorney at law licensed to practice before the State Bar of California and the Federal Bars in California and Colorado.

2.     The facts set forth within this declaration are within my personal knowledge and if called to testify I could testify competently thereto.

3.     I have not received any fees from Oscar Gutierrez in this matter. It should be noted that I represent Mrs. Camacho in a Chapter 7 proceeding and she has paid me fees in that matter.

4.     I have a written fee agreement with Mr. Gutierrez for payment of $300.00 per hour for preparation of the schedules and defending motions for Relief from Stay on his behalf. This also includes expert testimony which I have obtained.

5.　　I have also filed an Adversary Proceeding on behalf of Mr. Gutierrez and Mrs. Camacho. Again, I am billing them $300.00 per hour. In the event that Mr. Gutierrez remains in his Chapter 13 proceeding, I will file an application for fees upon such time as the plan is confirmed and the trustee has sent out a Notice of Filed Claims to be reviewed.

6.　　I am performing all legal services on behalf of Mr. Gutierrez without a retainer. Mr. Gutierrez did pay his filing fees.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 24th day of February, 2016 in Fresno, California.

Respectfully submitted,

Glen E. Gates

-2-

Declaration of Glen E. Gates Re Attorney Fees