```
Carlos Garcia
190 11th St.
Orange Cove, CA 93646


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267


IRS - Bk Dept
PO Box 7346
Philadelphia, PA 19101-7346
```

# United States Bankruptcy Court
## Eastern District of California

In re    Oscar Gutierrez                                  Case No.    2015-14228
                                  Debtor(s)                 Chapter     13

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- [ ] Petition
- [x] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [x] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A [ ] B [ ] C [x] D [x] E [x] F [ ] G [ ] H [ ] I [x] J
- [x] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  **REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.**
- [x] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] Statement of Current Monthly Income-Form 22C-1

Purpose of amendment (check one):

- [x] To add pre-petition creditors, delete creditors, change amounts owed or classifications of debt ($30.00 **fee required**, provided the judge may, for good cause, waive the charge in any case.) NOTE: Lists, schedules and statements that add or change creditors <u>must</u> be accompanied by an amended matrix listing only the creditors added or changed.
- [ ] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (NOTE: Proof of service, indicating that service has been made, must be filed with the Court.)

| Dated: | 2/25/2016 | Attorney's [or *Pro Se* Debtor's] Signature: | /s/ Glen E. Gates |
|---|---|---|---|
| | | Printed Name: | Glen E. Gates 85885 |
| | | Mailing Address: | Attorneys at Law, APC<br>2377 W. Shaw Ave., Suite 101<br>Fresno, CA 93711 |

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __18__ pages, is true and correct to the best of my(our) information and belief.

| Dated: | 2/25/2016 | Dated: | |
|---|---|---|---|
| | /s/ Oscar Gutierrez | | |
| | Oscar Gutierrez | | |
| | Debtor's Signature | | Joint Debtor's Signature |

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a <u>separately filed</u> amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a <u>text</u> file containing the creditors in the standard master address list format. These two files <u>must</u> be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**

```
***2015-14228***

Carlos Garcia
190 11th St.
Orange Cove, CA 93646

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267

IRS - Bk Dept
PO Box 7346
Philadelphia, PA 19101-7346
```