CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax:(559) 638-8023

Attorney for Movant: CARLOS GARCIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 13 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228 |
| Debtor. | DC NO CAA-2 |
| | **CERTIFICATE OF SERVICE** |
| | **DATE: March 31, 2016** <br> **TIME: 9:00 a.m.** <br> **DEPT: Courtroom 13** |

I, Valerie Peters, hereby certify that:

I am over the age of 18 and not a party to this proceeding. My business address is 740 G Street, Suite F, Reedley, CA 93654.

On February 23, 2016, a copy of the following documents:

    o NOTICE OF MOTION AND MOTION FOR WITHDRAWL OF ATTORNEY

was served by placing a copy thereof enclosed in a sealed envelope in the United States Mail, first class, postage prepaid, and/or by sending copies via w-mail pursuant to Local bankruptcy Rule 7005-1 (d) (1) to parties consenting to service by electronic means, as follows:

| U.S MAIL (FIRST CLASS) |
|---|
| Carlos Garcia<br>190 11th Street<br>Orange Cove, CA 93646 |
| Glen E. Gates, Esq.<br>2377 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711 |
| Michael H. Meyer, Esq.<br>P.O. Box 28950<br>Fresno, CA 93729-8950 |

| ELECTRONIC MAIL |
|---|
| Department of Justice<br>Eastern District of California- Fresno Division<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 23, 2016

*Valerie Peters* (signature)
Valerie Peters