FORM L157 Memo to File Re: Calendar Correction (v.2.13)

15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

**Case Number:** 15–14228 – B – 13     **DCN:**

**Case Title:** Oscar Gutierrez

**TO WHOM IT MAY CONCERN:**

An application/motion/objection and Notice of Hearing were submitted for filing with incorrect hearing date/time/department/Docket Control Number. This application/motion/objection will be calendared ONLY upon receipt of an Amended Notice of Hearing with the correct date/time/department/Docket Control Number filled in.

Contacted by phone: Cynthia A. Arroyo

The following calendar corrections have been made:

   Dept:                                     Date:

   Time:                                       DCN #:

Other:

   **The motion is to be renoticed for the proper hearing date and time for chapter 13 cases in Dept. B**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:
2/29/16

For the Court,
Wayne Blackwelder, Clerk