**2**

1  GLEN E. GATES  #85885
   **PASCUZZI, PASCUZZI & STOKER**
2  **A Professional Corporation**
   2377 West Shaw Avenue, Suite 101
3  Fresno, California  93711
   Telephone:    (559) 227-1100
4  Facsimile:     (559) 227-1290
   E-mail:         *ggates@pascuzzi.net*
5
6  Attorneys for: Debtor Oscar Gutierrez
7
8                  **UNITED STATES BANKRUPTCY COURT**
9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10                              *\*\*\*\*\**
11  In the Matter of                    Case No. 2015-14228-B-13
12  Oscar Gutierrez                     DC No.: MHM-2
13                                      Chapter 13
                    Debtor,
14                                      **CERTIFICATE OF SERVICE**
15                                      DATE:     March 10, 2016
                                        TIME:     1:30 p.m.
16                                      PLACE:    U.S. Courthouse
                                                  5th Floor, Dept. B, Courtroom 13
17                                                2500 Tulare Street
                                                  Fresno, CA 93721
18
19                                      JUDGE:    Hon. Rene Lastreto II
20         I, the undersigned, declare that I am employed in Fresno County, California; I am
21  over the age of 18 years, and not a party to the within-entitled action; my business address is
22  2377 West Shaw Avenue, Suite 101, Fresno, California 93711. I am readily familiar with the
23  law firm's practice for the collection and processing of correspondence for mailing with the
24  United States Postal Service. In the ordinary course of business, correspondence is deposited
25  with the United States Postal Service on the same day that it is collected and processed in
26  said office.  On March 2, 2016 I served the following:
27
28

-1-

Proof of Service

**--DEBTOR'S RESPONSE TO THE CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

Michael H. Meyer
Chapter 13 Trustee
PO Box 28950
Fresno, CA 93729-8950

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 2 , 2016 at Fresno, California.


  /s/ Eloisa Madrigal
  ELOISA MADRIGAL

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711