```
                         United States Bankruptcy Court
                          Eastern District of California
```

In re:                                                    Case No. 15-14228-B
Oscar Gutierrez                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-1    User: jdaf            Page 1 of 1         Date Rcvd: Feb 29, 2016
                        Form ID: L157         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2016.
aty          +Cynthia A. Arroyo,   740 G St #F,   Reedley, CA 93654-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2016                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

FORM L157 Memo to File Re: Calendar Correction  (v.2.13)   15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

**Case Number:** 15–14228 – B – 13    **DCN:**

**Case Title:** Oscar Gutierrez

**TO WHOM IT MAY CONCERN:**

An application/motion/objection and Notice of Hearing were submitted for filing with incorrect hearing date/time/department/Docket Control Number. This application/motion/objection will be calendared ONLY upon receipt of an Amended Notice of Hearing with the correct date/time/department/Docket Control Number filled in.

Contacted by phone: Cynthia A. Arroyo

The following calendar corrections have been made:

Dept:            Date:

Time:            DCN #:

Other:

**The motion is to be renoticed for the proper hearing date and time for chapter 13 cases in Dept. B**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:              For the Court,
2/29/16             Wayne Blackwelder , Clerk