# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 03/10/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [62] – Objection to Confirmation of Plan by Trustee Michael H. Meyer [MHM–2] (Clark, Elizabeth) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
　　　Trustee's Attorney – Deanna Hazelton
**Respondent(s) :**
　　　Debtor(s) Attorney – Glen E. Gates

OBJECTION was :

Sustained without prejudice to Debtor filing of a modified plan