# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 03/23/2016 |
| | | **Time :** | 01:30 |

---

**Matter :**  [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam)

---

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

---

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

---

HEARING CONTINUED TO: 4/13/16 at 01:30 PM

The hearing was continued for the following reason(s):
There having been no appearance by the parties at the scheduled hearing, the court continued the matter. The court adopts the findings as set forth in the court's civil minutes for the hearing held on January 28, 2016, docket number 58.

The court will prepare a civil minute order.