# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Oscar Gutierrez | Case No : | 15–14228 – B – 13 |
|---|---|---|---|
| | | Date : | 03/23/2016 |
| | | Time : | 01:30 |

| Matter : | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |
|---|---|

| Judge : | Rene Lastreto II | Courtroom Deputy : | Jennifer Dauer |
|---|---|---|---|
| Department : | B | Reporter : | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

There having been no appearance by the parties at the scheduled hearing,

IT IS ORDERED that the matter is continued to April 13, 2016 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The court adopts the findings as set forth in the court's civil minutes for the hearing held on January 28, 2016, docket number 58.

Dated: Mar 24, 2016

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Cynthia A. Arroyo
740 G St #F
Reedley CA 93721

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711