# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 03/31/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [73] – Amended Motion/Application by Cynthia A. Arroyo to Withdraw as Attorney [CAA–2]. 70 Motion/Application to Withdraw as Attorney Filed by Creditor Carlos Garcia (bres) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

The motion was denied without prejudice. The motion did not include evidence required by LBR 2017–1(e). The moving papers did not include an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw except an unverified allegation that Mr. Garcia did not object to the withdrawal. The record shows that notices mailed to the client at the address used for service of this motion were returned to the court as undeliverable.

The court will issue a civil minute order