GLEN E. GATES #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of<br><br>Oscar Gutierrez<br><br>            Debtor, | Case No. 2015-14228-B-13<br><br>DC No.: GEG-1<br><br>Chapter 13<br><br>DATE: May 20, 2016<br>TIME: 9:30 a.m.<br>PLACE: U.S. Courthouse<br>            5th Floor, Dept. B, Courtroom 13<br>            2500 Tulare Street<br>            Fresno, CA 93721<br><br>JUDGE: Hon. Rene Lastreto II |

### MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN PURSUANT TO 11 USC §1329

    COMES NOW, the Debtor Oscar Gutierrez by and through his counsel of record, Glen E. Gates requests this Court for an order confirming his first modified Chapter 13 plan.

    In support of this motion the Debtor states:

    1.     This matter was commenced by filing a Chapter 13 proceeding on October 30, 2015 in the United States Bankruptcy Court pursuant to 11 U.S.C. §101 et seq.

    2.     The Chapter 13 plan was not confirmed. Notwithstanding, the Debtor made all payments due under the plan.

3. To date the Debtor has paid $1650 to the Chapter 13 trustee for plan payments.

4. At the time of filing the original plan, the Debtor did not owe any taxes. However, after review of his tax situation he was required to file amended returns for 2011 through 2014 which he has so filed.

5. The net result of filing the amended tax returns for 2011 through 2014 was a total tax liability of $3,604. These amounts had to be placed in the plan and the plan rewritten accordingly.

6. The first modified plan includes the taxes aforementioned.

7. Simultaneously with the filing of the new Schedule I and J reflecting the current income and expenses, the Debtor is capable of making the plan payments.

8. The Debtor's modified plan proposes the following changes:

a. Taxes shall be paid full.

b. The Chapter 13 plan payment has been increased to $420 a month.

c. To the extent the Debtor has been in a Chapter 13 for 5 months, the difference between the payment under the original plan of $330 and the new payment of $420 shall be accumulated and calculated. The sum of the difference between the old payment and new payment shall be paid out over the life of the first modified plan.

9. This modify plan complies with all applicable law.

10. Any fees and charges required by Chapter 123 of title 28 U.S.C. have been paid.

11. This plan is proposed in good faith and is not by any means forbidden by law.

12. The original petition was filed in good faith. The Debtor has been in the bankruptcy for 5 months and has made all payments due under the original plan and intends to complete all payments under the first modified plan.

13. The distribution to general unsecured creditors will be 4.19% which is the same amount in the original plan. This sum is at least what the unsecured creditors would

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

receive in a Chapter 7 liquidation. Under a liquidation analysis, the unsecured creditors would take nothing.

14.　The Debtor has listed all his assets in Schedules A and B and believes the values remain the same if not less.

15.　As required by 11 U.S.C. §1325(a) 5(b), the plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditor accepts surrender of the collateral. All secured creditors have either accepted the plan or will be allowed to collect and dispose of collateral via surrender thereof or will be paid the value of their collateral pursuant to the terms of the plan. There are no motions to value or agreements been made to value collateral.

16.　The Debtor does not have a domestic support obligation or any ongoing payments that have come due since the filing of this case. The Debtor has filed all applicable tax returns as noted above and will become due for the last 4 years.

17.　Based on the foregoing, the Debtor respectfully requests the Court confirm his first modified Chapter 13 plan.

DATED: 3/30/16

Respectfully submitted,

_____
Glen E. Gates