GLEN E. GATES  #85885
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone: (559) 227-1100
Facsimile: (559) 227-1290
E-mail: ggates@pascuzzi.net

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| Oscar Gutierrez | DC No.: GEG-1 |
|            Debtor, | Chapter 13 |
| | DATE: May 20, 2016<br>TIME: 9:30 a.m.<br>PLACE: U.S. Courthouse<br>        5th Floor, Dept. B, Courtroom 13<br>        2500 Tulare Street<br>        Fresno, CA 93721 |
| | JUDGE: Hon. Rene Lastreto II |

## DECLARATION OF OSCAR GUTIERREZ IN SUPPORT OF MOTION TO CONFIRM FIRST MODIFIED CHAPTER 13 PLAN

I, Oscar Gutierrez, declare as follows:

1. I am the Debtor in the above-noted matter.

2. The facts set forth within this declaration are within my personal knowledge and if called to testify I could testify competently thereto.

3. My Chapter 13 case was filed on October 30, 2015.

4. I am current on existing plan payments of $330 per month.

5. During the trustee evaluation of the case, it was determined that I needed to file new tax returns. Tax returns for period of 2011 through 2014 were in fact prepared and filed. The net result of the taxes for the filing dates indicated an arrearage on taxes of $3,605.

6. It was required then that because of the taxes, I would have to pay the taxes through the Chapter 13 plan. The first modified Chapter 13 plan provides for the payment of the taxes.

7. Filed concurrently herewith and attached as **Exhibit A** is a copy of the amended Schedule I and J.

8. Based on the amended Schedule I and J, I am able to make the plan payments set forth in the first modified Chapter 13 plan.

9. It should be noted that I am a below median Debtor however, I am making a plan over a five-year period (60 months).

10. My attorney informed me that the first modified Chapter 13 plan distributions to creditors shall be approximately 4.19% or little over $10,000.

11. I have read the Chapter 13 plan to which this motion references.

12. This plan provides for submission of my future earnings as set forth in section 1.01 – 1.03 as well as the additional provisions and I believe that those will be sufficient to fund this first modified Chapter 13 plan.

13. This Chapter 13 plan has been proposed in good faith. I have had numerous discussions with my attorney who has considered my assets, debts, income and expenses both now and in the future. I have discussed with my attorney my wish and my abilities to make payments under the Chapter 13 plan over the life of the plan. With that in mind, this Chapter 13 plan has been prepared and drafted to meet the expectations of all parties. I reviewed the plan and I believe it's in my best interest and the best interest of all concerned. To my knowledge, the terms of the plan are not forbidden by law. The bankruptcy petition and plan have been filed in good faith. On the date of the filing of the petition, the debts set forth in schedules D, E and F were in fact incurred.

14. As far as I'm aware, I am not ordered to pay spousal and/or child support.

15. As far as I'm aware, I have filed all Federal and State income tax returns required.

PASCUZZI, PASCUZZI & STOKER
2377 West Shaw Avenue, Suite 101
Fresno, California 93711

16. As noted above, per my attorney, I believe that a 4.19% distribution to creditors satisfies the bankruptcy code requirements.

17. I'm requesting that the Court confirm this modified Chapter 13 plan.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 30th day of March, 2016 in Fresno, California.

Respectfully submitted,

_____
Oscar Gutierrez

# EXHIBIT A

**Fill in this information to identify your case:**

Debtor 1: Oscar Gutierrez

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (If known): 2015-14228

Check if this is:
- ■ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of the following date:
  _____
  MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Mechanic | |
   | Employer's name | ADT Company | |
   | Employer's address | PO BOX 93610<br>Chowchilla, CA 93610 | |
   | How long employed there? | 2.5 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be.    2. | $ 2,946.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.**    3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3.    4. | $ 2,946.00 | $ N/A |

Official Form B 6I        Schedule I: Your Income        page 1

Debtor 1  Oscar Gutierrez                         Case number (*if known*)  2015-14228

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 2,946.00 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 42.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 42.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,904.00 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: Leticia Camacho | 8h.+ | $ 446.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 446.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,350.00 + $ N/A = | $ 3,350.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11.  +$  0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $ 3,350.00
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

<div style="border:1px solid #000; padding:8px;">
Fill in this information to identify your case:

Debtor 1: Oscar Gutierrez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number: 2015-14228
(If known)
</div>

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ☑ Yes. Fill out this information for each dependent...
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 10 | ☐ No ☑ Yes |
   | Daughter | 15 | ☐ No ☑ Yes |
   | Daughter | 17 | ☐ No ☑ Yes |
   |   |   | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 0.00

   If not included in line 4:
   4a. Real estate taxes                                               4a. $ 139.00
   4b. Property, homeowner's, or renter's insurance                    4b. $ 50.00
   4c. Home maintenance, repair, and upkeep expenses                   4c. $ 0.00
   4d. Homeowner's association or condominium dues                     4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans  5. $ 0.00

Debtor 1   Oscar Gutierrez _____   Case number (if known) 2015-14228

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 250.00
   - 6b. Water, sewer, garbage collection — 6b. $ 86.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 300.00
   - 6d. Other. Specify: _____ — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 800.00
8. Childcare and children's education costs — 8. $ 150.00
9. Clothing, laundry, and dry cleaning — 9. $ 100.00
10. Personal care products and services — 10. $ 50.00
11. Medical and dental expenses — 11. $ 65.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 220.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 50.00
14. Charitable contributions and religious donations — 14. $ 20.00
15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 100.00
    - 15d. Other insurance. Specify: _____ — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ 0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 521.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: _____ — 17c. $ 0.00
    - 17d. Other. Specify: _____ — 17d. $ 0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: _____ — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: _____ — 21. +$ 0.00

22. Your monthly expenses. Add lines 4 through 21. The result is your monthly expenses. — 22. $ 2,901.00

23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,350.00
    - 23b. Copy your monthly expenses from line 22 above. — 23b. -$ 2,901.00
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 449.00

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes. Explain: _____