United States Bankruptcy Court
Eastern District of California

In re:  
Oscar Gutierrez  
      Debtor

Case No. 15-14228-B  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0972-1      User: lbef      Page 1 of 1      Date Rcvd: Mar 29, 2016  
                        Form ID: pdf030      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2016.
```
db              +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty             +Cynthia A. Arroyo,    740 G St #F,    Reedley, CA 93654-2629
aty             +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              E-mail/Text: bncnotices@meyer13.com Mar 30 2016 02:42:54      Michael H. Meyer,    PO Box 28950,
                 Fresno, CA  93729-8950
```
                                                                                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2016                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2016 at the address(es) listed below:  
NONE.                                                                                                                                                                                                                                                                    TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 03/23/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

There having been no appearance by the parties at the scheduled hearing,

IT IS ORDERED that the matter is continued to April 13, 2016 at 1:30 p.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The court adopts the findings as set forth in the court's civil minutes for the hearing held on January 28, 2016, docket number 58.

Dated: Mar 24, 2016

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Cynthia A. Arroyo
740 G St #F
Reedley CA 93721

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711