# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| Case Title : | Oscar Gutierrez | Case No : | 15–14228 – B – 13 |
|---|---|---|---|
| | | Date : | 03/31/2016 |
| | | Time : | 01:30 |

| Matter : | [73] – Amended Motion/Application by Cynthia A. Arroyo to Withdraw as Attorney [CAA–2]. 70 Motion/Application to Withdraw as Attorney Filed by Creditor Carlos Garcia (bres) |
|---|---|

| Judge : | Rene Lastreto II | Courtroom Deputy : | Jennifer Dauer |
|---|---|---|---|
| Department : | B | Reporter : | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

For the reasons set forth in the court's civil minutes, docket number 82,

IT IS ORDERED that the motion is denied without prejudice.

Dated: Apr 01, 2016

By the Court

René Lastreto II, Judge
United States Bankruptcy Court