# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| --- | --- | --- | --- |
| | | **Date :** | 04/13/2016 |
| | | **Time :** | 01:30 |

| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |
| --- | --- |

| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| --- | --- | --- | --- |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING CONTINUED TO: 5/25/16 at 01:30 PM

The hearing was continued for the following reason(s):
Based on the status report filed by the plaintiff in the related adversary proceeding, and to be heard with the status conference.

The court adopts the previous U.S.C. § 362(e) findings.

The court will issue a civil minute order.