# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 04/13/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Based on the status report filed by the plaintiff in the related adversary proceeding,

IT IS ORDERED that this matter is continued to May 25, 2016, at 1:30 p.m., in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California, to be heard with the continued status conference. The court adopts the previous U.S.C. § 362(e) findings.

Dated: Apr 13, 2016

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Cynthia A. Arroyo
740 G St #F
Reedley CA 93721

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711