FORM L157 Memo to File Re: Calendar Correction (v.2.13)

15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

**Case Number:** 15–14228 – B – 13                **DCN:** CAA–2

**Case Title:** Oscar Gutierrez

**TO WHOM IT MAY CONCERN:**

An application/motion/objection and Notice of Hearing were submitted for filing with incorrect hearing date/time/department/Docket Control Number. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of an Amended Notice of Hearing with the correct date/time/department/Docket Control Number filled in.

Contacted by phone: Valerie

The following calendar corrections have been made:

Dept:                                              Date:

Time:                                              DCN #:

Other:

**Amended notice to reflect correction to time per Judge Lastreto's Chapter 13 self–set calendar.**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:
4/26/16

For the Court,
Wayne Blackwelder , Clerk