CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228-B-13F |
| Debtor. | DC NO CAA-2 |
| | NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY |
| | DATE: May 26, 2016<br>TIME: 1:30 p.m.<br>DEPT: Courtroom 13 |

**TO ALL INTERESTER PARTIES:**

**PLEASE TAKE NOTICE** that a hearing on counsel's Motion to Withdraw as attorney of record for Carlos Garcia's will be heard in the above-captioned courtroom of the Honorable Rene Lastreto II, located at 2500 Tulare Street, Fresno, CA 9371, on May 26, 2016 at 1:30 p.m. in Department 13 of this Court. The Motion is based on this Motion, the Declaration in Support of the Motion, the pleading and papers of the file herein and upon such oral and documentary

evidence as may be presented by the parties at the hearing.

**Please Take Further Notice** that the Motion is being made pursuant to Local Bankruptcy Rule 2017-1(e).

**Please Take Further Notice** that any opposition to the granting of the Motion shall be in writing, supported by the written evidence, and shall be served on counsel, Cynthia A. Arroyo, Attorney at Law, at 740 G Street, Suite F, Reedley, CA 93654, and filed with the Clerk by the responding party, at the United States Bankruptcy Court, 2500 Tulare Street, Fresno, CA 93721, not less than fourteen (14) calendar days preceding the notice (or continued) date of hearing.

The opposition shall specify whether the responding party consents to the Court's resolution of the dispute material factual issues pursuant to FRCivP 43 (e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each dispute material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43 (e). Movant hereby waives the time constraints set fourth in Title 11 U.S. 362 (e) and consents to a hearing on the within Motion beyond the thirty (30) day time limitation required under the Bankruptcy Code.

**Please Take Further Notice** that unless written opposition and supporting evidence are timely filed with Clerk of the Court, and served on the Movant, the court may strike untimely filed written opposition and resolve the matter without oral argument or impose sanctions.

Dated: 4/26/2016

_____
CYNTHIA A. ARROYO

## MOTION TO WITHDRAW

1. I Cynthia Arroyo declare that I am the attorney of record for the creditor Carlos Garcia. I have provided creditor CARLOS GARCIA with legal representation protecting his interest in the above litigation. In addition, my office has expended funds on Mr. Garcia's behalf to file his motion for relief from stay. I have provided Mr. Garcia with reasonable notice of his financial obligation to my office. However, Mr. Garcia has failed to pay any of the attorney's fees or costs incurred in this matter, making it impossible for the undersigned counsel to continue to effectively represent him in this action. Because of the significance of the time and expenditures already incurred, the continued representation of Mr. Garcia will present an unreasonable financial burden upon my office.

2. On February 23, 2016, I spoke with Mr. Garcia of my intent to withdraw from the case for the nonpayment. He did not oppose. Prior to said date, I had provided Mr. Garcia with multiple notifications to give him time to find resources for payment for the costs of pursuing his position in this matter.

3. On April 21, 2016, I telephoned Mr. Garcia and informed him that I would be filing this Motion to Withdraw as attorney of record for him in this case and that the hearing would be set for May 26, 2016 at 1:30 p.m. in Courtroom 13. Mr. Garcia did not object. I further confirmed with Mr. Garcia that his address is 1190 11th Street, Orange Cove, California, 93646. Mr. Garcia further advised he could receive mail at P.O. Box 53, Orange, Cove, California, 93646.

4. Debtor in this matter has filed an Adversary case. Counsel has not been retained by Mr. Garcia to represent him in the Adversary case.

3
NOTICE OF MOTION FOR WITHDRAWAL
Case No. 15-14225-B-7

5. For these reasons, I respectfully request this court to enter an Order allowing my office to withdraw as counsel for Mr. Garcia; relieving me of any further obligations on behalf of Mr. Garcia; directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Carlos Garcia 1190 11th Street, Orange Cove, California 93646 or in the alternative at P.O. Box 53, Orange Cove, California, 93646; for such other relief as the court deems just and proper.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 26th day of April 2016.

By:/s/Cynthia A. Arroyo