```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                              Case No. 15-14228-B
Oscar Gutierrez                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-1          User: vmcf           Page 1 of 1           Date Rcvd: Apr 26, 2016
                              Form ID: L157        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2016.
aty            +Cynthia A. Arroyo,    740 G St #F,    Reedley, CA 93654-2629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2016 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

FORM L157 Memo to File Re: Calendar Correction　(v.2.13)　　　　15–14228 – B – 13

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

**Case Number:**　15–14228 – B – 13　　　　**DCN:**　CAA–2

**Case Title:**　Oscar Gutierrez

**TO WHOM IT MAY CONCERN:**

An application/motion/objection and Notice of Hearing were submitted for filing with incorrect hearing date/time/department/Docket Control Number. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of an Amended Notice of Hearing with the correct date/time/department/Docket Control Number filled in.

Contacted by phone: Valerie

The following calendar corrections have been made:

Dept:　　　　　　　　　　　　　　　　Date:

Time:　　　　　　　　　　　　　　　　DCN #:

Other:

**Amended notice to reflect correction to time per Judge Lastreto's Chapter 13 self–set calendar.**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:　　　　　　　　　　　　　　　　For the Court,
4/26/16　　　　　　　　　　　　　　　Wayne Blackwelder , Clerk