# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

---

| **Case Title :** | Oscar Gutierrez | **Case No :** | **15–14228 – B – 13** |
| | | **Date :** | **05/20/2016** |
| | | **Time :** | **09:30** |

---

| **Matter :** | [85] – Motion/Application to Confirm Chapter 13 Plan [GEG–1] Filed by Debtor Oscar Gutierrez (ltrf) |

---

| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

---

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

---

HEARING was :


The motion was granted.

This motion to confirm or modify a chapter 13 plan was fully noticed in compliance with the Local Rules and there was no opposition. Accordingly, the respondent(s) default was entered and the motion was granted without oral argument for cause shown. The debtor shall submit a proposed confirmation order for approval to the chapter 13 trustee. The confirmation order shall include the docket control number of the motion and it shall reference the plan by the date it was filed.