# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 05/25/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
   Debtor(s) Attorney – Glen E. Gates

HEARING CONTINUED TO: 6/22/16 at 09:30 AM

The court adopts the previous 11 U.S.C. Section 362(e) findings set forth in the January 28, 2016 minutes.

The court will prepare a civil minute order.