# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 05/26/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [100] – Motion/Application by Cynthia A. Arroyo to Withdraw as Attorney [CAA–2] (tjof) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

The motion was granted. The moving party shall submit a proposed order as specified below.

This matter was fully noticed in compliance with the Local Rules and there was no opposition. Carlos Garcia was served at P.O. Box 53, Orange Cove, CA, 93646. Accordingly, his default was entered and the motion was granted without oral argument for cause shown. The order shall state the last know address(es) of Carlos Garcia.