# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 05/25/2016 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
   Debtor(s) Attorney – Glen E. Gates

CIVIL MINUTE ORDER

For the reasons stated on the record,

IT IS ORDERED that the motion is continued to June 22, 2016 at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The court adopts the previous 11 U.S.C. Section 362(e) findings set forth in the January 28, 2016 minutes.

Dated: May 26, 2016                              By the Court

                                                 /s/ René Lastreto II
                                                 René Lastreto II, Judge
                                                 United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711

Carlos Garcia
190 11th St
Orange Cove CA 93646