```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                          Case No. 15-14228-B
Oscar Gutierrez                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-1          User: jdas             Page 1 of 1         Date Rcvd: May 27, 2016
                              Form ID: pdf030        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2016.
db             +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty            +Cynthia A. Arroyo,    740 G St #F,   Reedley, CA 93654-2629
aty            +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bncnotices@meyer13.com May 28 2016 01:42:52     Michael H. Meyer,   PO Box 28950,
                 Fresno, CA   93729-8950
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 *             +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2016 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** Oscar Gutierrez | **Case No :** 15–14228 – B – 13 <br> **Date :** 05/25/2016 <br> **Time :** 01:30 | |

**Matter :** [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam)

**Judge :** Rene Lastreto II  
**Department :** B  
**Courtroom Deputy :** Jennifer Dauer  
**Reporter :** Electronic Record

**APPEARANCES for :**  
**Movant(s) :**  
None  
**Respondent(s) :**  
    Debtor(s) Attorney – Glen E. Gates

## CIVIL MINUTE ORDER

For the reasons stated on the record,

IT IS ORDERED that the motion is continued to June 22, 2016 at 9:30 a.m. in Department B, Courtroom 13, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California. The court adopts the previous 11 U.S.C. Section 362(e) findings set forth in the January 28, 2016 minutes.

Dated: May 26, 2016

By the Court

René Lastreto II, Judge  
United States Bankruptcy Court

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Oscar Gutierrez
211 Center Street
Orange Cove CA 93646

Michael H. Meyer
PO Box 28950
Fresno CA 93729–8950

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno CA 93711

Carlos Garcia
190 11th St
Orange Cove CA 93646