Filed 05/31/16     Case 15-14228     Doc 111

CYNTHIA A. ARROYO, #210348
Attorney At Law
740 "G" Street, Suite "F"
Reedley, California 93654
Telephone: (559) 638-8002
Fax: (559) 638-8023

Attorney for Movant: CARLOS GARCIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| OSCAR GUTIERREZ, | CASE NO. 15-14228-B-7 |
| Debtor. | **ORDER GRANTING MOTION OF ATTORNEY CYNTHIA A. ARROYO TO WITHDRAW AS ATTORNEY OF RECORD** |
| | **DATE:** 5/26//2016<br>**TIME:** 1:30 p.m.<br>**DEPT:** Courtroom 13 |

The above-captioned matter came on for hearing on May 26, 2016, in the Courtroom of the Honorable Rene Lastreto II, upon the Motion of attorney Cynthia A. Arroyo, counsel for Carlos Garcia ("Movant"), for withdraw as attorney of record.

The Court finds that the motion was fully noticed in compliance with Local Rules and there is no opposition. Carlos Garcia was served at P.O. Box 53, Orange Cove, CA. 93646 and his default will be entered. The motion filed by Cynthia A. Arroyo to withdraw as attorney of record for Carlos Garcia is granted.

/////

RECEIVED
May 27, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005807781

The last known address of Carlos Garcia is P.O. Box 53, Orange Cove, CA 93646.

**SO ORDERED**

Dated: May 31, 2016

By the Court

*René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court