GLEN E GATES #85885
PASCUZZI PASCUZZI & STOKER
2377 W SHAW AVE STE 101
FRESNO, CA 93711
(559)227-1100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>OSCAR GUTIERREZ<br><br>Debtor(s), | Case No. 15-14228-B-13F<br>DC# GEG-1<br>Date: May 20, 2016<br>Time: 9:30 AM<br>Place: U. S. Courthouse<br>　　　Dept. B, Courtroom 13<br>　　　5th Floor<br>　　　2500 Tulare Street<br>　　　Fresno, CA 93721<br>Judge: Rene Lastreto II |
|---|---|

**ORDER CONFIRMING FIRST MODIFIED PLAN**

　　　The First Modified Chapter 13 plan filed on 03/31/2016 has been transmitted to all creditors and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. §1325.

　　　Therefore, **IT IS ORDERED** that the plan is confirmed.

　　　**IT IS FURTHER ORDERED** that:

　　　1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

　　　2. The debtor shall immediately notify the trustee, in writing, of any termination, reduction of, or other change in the employment of the debtor; and

　　　3. The debtor shall appear in court whenever notified to do so by the court.

　　　**IT IS FURTHER ORDERED** that the debtor's attorney will seek approval of his fees by filing and serving an application in compliance with U.S.C. sections 329 and 330, and Fed. R. Bankr. P. 2002, 2016 and 2017.

///

1

RECEIVED
June 08, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005814984

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1323, the plan is amended as follows:

1. Plan payment shall be $330.00 months 1-5, and $420.00 months 6-60.
2. Debtor has filed an adversary proceeding adv. 16-01010 in bankruptcy court seeking damages, general and punitive, and attorney fees among other things. This is an asset of the estate that existed prior to filing the petition. Any and all settlements in this proceeding must be approved by filing a 9019 motion to compromise and noticed to all the creditors in that debtor is representing the estate in this proceeding. Upon resolution of this adversary proceeding, the debtor shall file amended schedules to include any settlement or award. Debtor shall turn over all non-exempt award funds. Trustee shall have 60 days to object to any new amended schedule C. Any and all non-exempt award funds paid to the trustee not otherwise awarded for attorney fees shall go to pay unsecured creditors.

Date: 5/7/16

_[signature]_
Approved by GLEN E GATES

Date: 6/6/16

_[signature]_
Approved by the Chapter 13 Trustee as to form

Dated: Jun 08, 2016

By the Court

_[signature]_
René Lastreto II, Judge
United States Bankruptcy Court