## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 06/22/2016 |
| | | **Time :** | 09:30 |

| | |
|---|---|
| **Matter :** | [21] – Motion for Relief from Automatic Stay Filed by Creditor Carlos Garcia (Fee Paid $176) (eFilingID: 5697015) (msam) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
    Debtor(s) Attorney – Glen E. Gates

HEARING was :


The motion for relief was denied without prejudice. The court adopted the findings made in the January 28, 2016 civil minutes as follows:

(a) Thus far uncontroverted evidence in opposition to the motion establishes a significant question as to the bona fides of debtor's signature on the note and deed of trust at issue;
(b) Thus far uncontroverted evidence in opposition to the motion establishes significant dispute as to the payors under the promissory note at issue;
(c) Movant's evidence of the promissory note includes ambiguous language as to the principal balance of the note;
(d) Debtor's schedule D does not include the deed of trust at issue (Doc. # 1);
(e) Debtor's schedules list movant as a creditor with a disputed and unliquidated unsecured claim of $133,000;
(f) Thus far, movant has presented no evidence of imminent danger to the real property at issue, i.e., waste, violations of the law, lack of insurance, impending tax sale, etc.; and
(g) Debtor has instituted an adversary proceeding, 16–01009, which raises issues fundamental to the resolution of this motion. Judicial economy will be served by consolidating the claims of the parties and avoiding conflicting or staggered rulings.