Michael H. Meyer, Esq. SBN 82336
Chapter 13 Standing Trustee
P.O. Box 28950
Fresno, CA 93729-8950
Phone: (559) 275-9512    Fax: (559) 275-9518

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO: 15-14228-B-13F |
|---|---|
| OSCAR GUTIERREZ | CHAPTER 13 |
| Debtor(s) | NOTICE OF FILED CLAIMS |

    In accordance with LBR 3007-1(d)(2), Michael H. Meyer, Standing Chapter 13 Trustee, has compiled a list of the claims filed in the above referenced case. The list of claims is attached to this notice. The Notice of Filed Claims is being served on the debtor(s) and the debtor(s) attorney so they may review the same and, in general, determine whether to (1) object to any claims (2) file a claim for any creditor that failed to file a claim (3) file any motions to value or avoid liens or (4) modify the plan to reconcile the plan to the filed claims.

    Debtor(s) and the attorney for the debtor(s) are directed to LBR 3007-1(d)(2) for particulars. The Local Rules of Pratice are available on the court's web site, www.caeb.uscourts.gov , and at the court's public counters.

**The Local Rules of Practice provide in part;**

    (1) Objections to claims shall be filed and served no later than 60 calendar days after service by the trustee of the Notice of Filed Claims...any claims not timely objected to shall continue to be paid by the trustee pursuant to the terms of the confirmed plan.

    (2) If the Notice of Filed Claims includes allowed claims which are not provided for in the Plan, or which will prevent the Plan from completing timely, the debtor shall file a motion to modify the plan to make the necessary adjustments, changes, deletions or other modifications. The motion shall be filed and served no later than 90 days after service by the trustee of the Notice of Filed Claims.

    (3) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or Section 502, the debtor or the trustee MAY (but are not required to) file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for filing such claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

**Please note the following important dates:**

Deadline to File a Proof of Claim:
    Creditors:                                             March 07, 2016
    Governmental Unit:                                April 27, 2016

Deadline for debtors to file claims per general order:        September 12, 2016
Deadline to object to claims per general order:                 September 12, 2016
Deadline to file modifications, value collateral, avoid liens:   October 12, 2016

The above dates are provided for convenience of the parties. The Chapter 13 trustee makes no warranty as to the information herein. The information may be incomplete or incorrect. The debtor and the debtor(s) attorney should review the courts file and calculate all relevent dates.

The following definitions will help you understand the attached claims listing.

"Account Nbr.": Refers usually to the last 4 digits of the creditor's account number.

"Approved Claim Amt": Refers to the approved claim amount to be paid to the creditor.

"Category": Describes the claim such as "SPECIAL NOTICES" refers to parties who may be entitled to special notice or have requested "SPECIAL NOTICE". "MORTGAGE" refers to claims that are mortgage claims.

"Claim No": Refers to the claim number assigned by the trustee, not the court's claim number which will be different.

"Class": Refers to the type of claim: secured, priority, unsecured.

"Creditor Name": Refers to the current name and address the trustee has for the creditor. The creditor may have assigned the claim and therefore the name may not be familiar.

"Debt Scheduled": Refers to the amount listed for the debt by the debtor in the Schedule of Creditors filed at court.

"Debt Per Filed Claim": Refers to the amount listed on the claim filed by or on behalf of the creditor.

"Pay%": Refers to percentage of the approved claim amount to be paid to the creditor.

"Status": Refers to status of the claim: "release" pays the claim as indicated, "accrue" holds funds for possible future payment, "ignore" means the claim will not be paid at this time.

"Int Rate": Refers to the rate of interest paid on the claim as approved by the court.

DATED:  July 14, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/Michael H. Meyer_____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL H. MEYER
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:
**OSCAR GUTIERREZ**                                             CASE No. 15-14228-B-13F

SS #1   XXX-XX-0751

## ATTACHMENT TO NOTICE OF FILED CLAIMS

| Claim No.: 001 | Status: Release | Pay Seq: 24 | Pay%: 100.0000 | Int Rate: .0000 | PAID DIRECT |
|---|---|---|---|---|---|
| Class: Secured | Category: Automobile | | | | |

Creditor Name: ADONEY DIAZ                   Debt Scheduled:           36,470.00
    PO BOX 418                               Debt Per Filed Claim:
    CHOWCHILLA, CA 93610          Approved Claim Amt:
                                                         Date Claim Filed:           Not Filed

| Claim No.: 002 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | | |

Creditor Name: ADONEY DIAZ                   Debt Scheduled:            3,000.00
    PO BOX 418                               Debt Per Filed Claim:
    CHOWCHILLA, CA 93610          Approved Claim Amt:
                                                         Date Claim Filed:           Not Filed

| Claim No.: 003 | Status: Release | Pay Seq: 24 | Pay%: 100.0000 | Int Rate: .0000 | PAID DIRECT |
|---|---|---|---|---|---|
| Class: Secured | Category: Mortgage | | | | |

Creditor Name: CARLOS GARCIA           Debt Scheduled:          133,000.00
    1190 11TH ST                              Debt Per Filed Claim:
    ORANGE COVE, CA 93646      Approved Claim Amt:
                                                         Date Claim Filed:           Not Filed

| Claim No.: 004 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | | |

Creditor Name: COMMERCIAL TRADE BUREAU     Debt Scheduled:       792.00
    PO BOX 10389                                           Debt Per Filed Claim:
    BAKERSFIELD, CA 93389                       Approved Claim Amt:
                                                                      Date Claim Filed:   Not Filed

| Claim No.: 005 | Status: Release | Pay Seq: 22 | Pay%: 100.0000 | Int Rate: 4.0000 | |
|---|---|---|---|---|---|
| Class: Secured | Category: Automobile | | | | |

Creditor Name: CONSUMER PORTFOLIO SERVICES INC     Debt Scheduled:       2,838.00
    P O BOX 57071                                                    Debt Per Filed Claim: 3,145.83
    IRVINE, CA 92619                                              Approved Claim Amt:  3,145.83
                                                                                 Date Claim Filed:    01/07/2016

| Claim No.: 006 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | | |

Creditor Name: DN RBRTO JWL                  Debt Scheduled:            1,278.00
    ATTN BANKRUPTCY                        Debt Per Filed Claim:
    1020 CALLE RECODO STE 100     Approved Claim Amt:
    SAN CLEMENTE, CA 92673           Date Claim Filed:           Not Filed

| Claim No.: 007 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 | |
|---|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | | |

Creditor Name: JOSE LUIS GUTIERREZ     Debt Scheduled:                None
    211 CENTER ST                             Debt Per Filed Claim:
    ORANGE COVE, CA 93646      Approved Claim Amt:
                                                         Date Claim Filed:           Not Filed

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**IN RE:**
**OSCAR GUTIERREZ**

**CASE No. 15-14228-B-13F**

SS #1    XXX-XX-0751

## ATTACHMENT TO NOTICE OF FILED CLAIMS

| Claim No.: 008 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | |

| Creditor Name: KINGS CREDIT SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 950<br>HANFORD, CA 93232 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 391.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 009 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | |

| Creditor Name: OPORTUN PROGRESO<br>1600 SEAPORT BLVD<br>REDWOOD CITY, CA 94063 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 2,269.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 010 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | |

| Creditor Name: ROBERTO ALPORA<br>1797 BONARDO AVE<br>TULARE, CA 93274 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 3,000.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 011 | Status: Release | Pay Seq: 33 | Pay%: 4.1900 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Unsecured | Category: General Unsecured | | | |

| Creditor Name: ESTATE OF YOLANDA GARCIA<br>c/o CARLOS GARCIA<br>1190 11TH STREET<br>ORANGE COVE, CA 93646 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 133,000.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 012 | Status: Release | Pay Seq: 30 | Pay%: 100.0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Priority | Category: State Taxes | | | |

| Creditor Name: FRANCHISE TAX BOARD<br>PO BOX 942867<br>SACRAMENTO, CA 94267 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 157.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 013 | Status: Release | Pay Seq: 30 | Pay%: 100.0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Priority | Category: State Taxes | | | |

| Creditor Name: FRANCHISE TAX BOARD<br>PO BOX 942867<br>SACRAMENTO, CA 94267 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 137.00<br><br><br>Not Filed |
|---|---|---|

| Claim No.: 014 | Status: Release | Pay Seq: 30 | Pay%: 100.0000 | Int Rate: .0000 |
|---|---|---|---|---|
| Class: Priority | Category: Federal Taxes | | | |

| Creditor Name: IRS<br>BK DEPT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Debt Scheduled:<br>Debt Per Filed Claim:<br>Approved Claim Amt:<br>Date Claim Filed: | 1,328.00<br><br><br>Not Filed |
|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**IN RE:**
**OSCAR GUTIERREZ**

**CASE No. 15-14228-B-13F**

SS #1   XXX-XX-0751

## ATTACHMENT TO NOTICE OF FILED CLAIMS

Claim No.:   015   Status: Release   Pay Seq: 30   Pay%:  100.0000   Int Rate:   .0000
Class: Priority       Category: Federal Taxes

Creditor Name: IRS                                      Debt Scheduled:            1,040.00
    BK DEPT                                      Debt Per Filed Claim:
    PO BOX 7346                                  Approved Claim Amt:
    PHILADELPHIA, PA 19101-7346                  Date Claim Filed:          Not Filed

Claim No.:   016   Status: Release   Pay Seq: 30   Pay%:  100.0000   Int Rate:   .0000
Class: Priority       Category: Federal Taxes

Creditor Name: IRS                                      Debt Scheduled:              942.00
    BK DEPT                                      Debt Per Filed Claim:
    PO BOX 7346                                  Approved Claim Amt:
    PHILADELPHIA, PA 19101-7346                  Date Claim Filed:          Not Filed

Claim No.:   799   Status: Release   Pay Seq: 13   Pay%:  100.0000   Int Rate:   .0000
Class: Attorney       Category: Attorney of Record

Creditor Name: GLEN E GATES                             Debt Scheduled:            7,100.00
    PASCUZZI PASCUZZI & STOKER                   Debt Per Filed Claim:
    2377 W SHAW AVE STE 101                      Approved Claim Amt:
    FRESNO, CA 93711                             Date Claim Filed:          Not Filed

TOTALS for claims to be paid through plan:

CLASS OF CLAIMS

|  | Secured | Priority | Unsecured | Administrative | Special | Attorney |
|---|---|---|---|---|---|---|
| Debt Scheduled: | 2,838.00 | 3,604.00 | 143,730.00 | .00 | .00 | 7,100.00 |
| Debt Per Filed Claims: | 3,145.83 | .00 | .00 | .00 | .00 | .00 |
| Approved Claim Amt: | 3,145.83 | .00 | .00 | .00 | .00 | .00 |