Michael H. Meyer, Esq. #82336
Chapter 13 Standing Trustee
P.O. Box 28950
Fresno, CA 93729-8950
Phone: (559) 275-9512    Fax: (559) 275-9518

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>**OSCAR GUTIERREZ**<br><br><br><br>Debtor(s) | **CASE NO:** 15-14228-B-13F<br><br>**CHAPTER 13 PROCEEDING**<br><br>**PROOF OF SERVICE BY MAIL**<br><br>**JUDGE:** Rene Lastreto II |

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of eighteen years and not a party to the within action. My business address is PO Box 28950, Fresno, CA 93729-8950.

On the date below I served the following documents described as:

**NOTICE OF FILED CLAIMS**

I served the above documents on the interested parties by placing a true and correct copy thereof in a sealed envelope with the Tusteeeship's mail room personnel for affixing a fully prepaid postage and mailing in the United States mail at Fresno, California in accordance with Trusteeship's ordinary practices, addressed as set forth below:

OSCAR GUTIERREZ
211 CENTER STREET
ORANGE COVE, CA 93646


GLEN E GATES
PASCUZZI PASCUZZI & STOKER
2377 W SHAW AVE STE 101
FRESNO, CA 93711


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on 07/14/2016 at Fresno, California.

/s/Youa Vang

Youa Vang

0063-1M-EPIB1MCT-00127380-428256