# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Oscar Gutierrez<br><br>_____ Debtor(s) | Bankruptcy Case No. 2015-14228-B-13<br><br>Adversary Proceeding No. 2016-01085-B-13<br><br>DCN GEG-3 |
| Oscar Gutierrez<br><br>vs.<br><br>Carlos Garcia, et al<br>_____ | |

## SUBSTITUTION OF ATTORNEY FOR
## Oscar Gutierrez

Debtor(s)   herein, hereby substitute(s):

Glen E. Gates
GATES LAW GROUP, APC
2445 Capitol Street, Suite 160E
Fresno, CA 93721
(559) 432-9944

in place and stead of the present attorney:

Glen E. Gates
PASCUZZZI, PASCUZZI & STOKER
2377 W. Shaw, Suite 101
Fresno, CA 93711
(559) 227-1100

I consent to the above substitution.

Dated_____        _____
                                      Party

Dated_____        _____
                                      Party

Dated  12/27/16                       _____
                                      Present Attorney for Party

I am duly admitted to practice in this district, and I accept the above substitution.

Dated  12/27/16                       _____
                                      Proposed Attorney for Party

EDC 3-506 Revised 9/25/14