# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re:<br>Oscar Gutierrez | ) | Bankruptcy Case No.　　2015-14228-B-13 |
| | ) | |
| | ) | Adversary Proceeding No.　　2016-01085-B-13 |
| | ) | |
| | ) | DCN  GEG-3 |
| Debtor(s) | ) | |
| Oscar Gutierrez | ) | |
| vs. | ) | |
| Carlos Garcia, et al | ) | |

## ORDER APPROVING SUBSTITUTION OF ATTORNEY

It is ORDERED that Glen E. Gates
GATES LAW GROUP, APC
2445 Capitol Street, Suite 160E
Fresno, CA 93721     (559) 432-9944

is hereby substituted as Attorney of Record, in place and stead of

Glen E. Gates

Dated: **Dated: Jan 10, 2017**

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court

RECEIVED
January 10, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005958335