1　GLEN E. GATES  #85885
　　**GATE LAW GROUP**
2　**A Professional Corporation**
　　2445 Capitol Street, Suite 160E
3　Fresno, California  93721
　　Telephone:　(559) 432-9944
4　Facsimile:　(866) 740-6678
　　E-mail:　glen@gateslawgroup.com
5

6　Attorneys for: Debtor Oscar Gutierrez

7

8　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

9　　　　　　　　FOR THE EASTERN DISTRICT OF CALIFORNIA

10　　　　　　　　　　　　　　*****

11　In the Matter of　　　　　　　|　Case No. 2015-14228-B

12　Oscar Gutierrez　　　　　　　|　Chapter 13

13

14　　　　　　　Debtor,

15　　　　　　　　　　　**CERTIFICATE OF SERVICE**

16　　　I, the undersigned, declare that I am employed in Fresno County, California; I am

17　over the age of 18 years, and not a party to the within-entitled action; my business address is

18　2445 Capitol Street, Suite 160E, Fresno, California 93721. I am readily familiar with the law

19　firm's practice for the collection and processing of correspondence for mailing with the

20　United States Postal Service. In the ordinary course of business, correspondence is deposited

21
22　with the United States Postal Service on the same day that it is collected and processed in

23　said office. On April 4, 2017 I served the following:

24
　　　--AMENDMENT COVER SHEET
25
　　　--AMENDED SCHEDULE B
26
　　　--AMENDED SCHEDULE I AND J
27

28

Proof of Service

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Michael H. Meyer
Chapter 13 Trustee
PO Box 28950
Fresno, CA 93729

U.S. Trustee
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 4, 2017 at Fresno, California.

                                          /s/ Eloisa Madrigal
                                          ELOISA MADRIGAL