```
 1  GLEN E. GATES  #85885
    GATES LAW GROUP
 2  A Professional Corporation
    2445 Capitol Street, Suite 160E
 3  Fresno, California  93721
    Telephone:  (559) 432-9944
 4  Facsimile:  (559) 740-6678
    E-mail:     ggates@gateslawgroup.com
 5
    Attorneys for: Debtor Oscar Gutierrez
 6
 7                    UNITED STATES BANKRUPTCY COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9                                 *****
10
11  In the Matter of             Case No. 2015-14228-B-13
12  Oscar Gutierrez              DC No.: GEG-4
13                               Chapter 13
                Debtor,
14                               DATE:  May 11, 2017
                                 TIME:  1:30 p.m.
15                               PLACE: U.S. Courthouse
                                        5th Floor, Dept. B, Courtroom 13
16                                      2500 Tulare Street
                                        Fresno, CA 93721
17
                                 JUDGE: Hon. Rene Lastreto II
18
19      MOTION FOR CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN
                       PURSUANT TO 11 USC §1329
20
21      COMES NOW, the Debtor Oscar Gutierrez by and through his counsel of record, Glen
22  E. Gates requests this Court for an order confirming his second modified Chapter 13 plan.
23      In support of this motion the Debtor states:
24      1.  This matter was commenced by filing a Chapter 13 proceeding on October 30,
25  2015, in the United States Bankruptcy Court pursuant to 11 U.S.C. §101 et seq.
26      2.  The Chapter 13 plan was not confirmed. Notwithstanding, the Debtor made all
27  payments due under the plan.
28  ///
```

-1-

MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN

3. To date the Debtor has paid $6,270.00 to the Chapter 13 trustee for plan payments.

4. At the time of filing the original plan, the Debtor did not owe any taxes. However, after review of his tax situation he was required to file amended returns for 2011 through 2014 which he has so filed.

5. The net result of filing the amended tax returns for 2011 through 2014 was a total tax liability of $3,604. These amounts had to be placed in the plan and the plan rewritten accordingly. At this point, there are no filed tax claims.

6. The first modified plan included the taxes aforementioned. This second modified plan pays 100% of filed claims.

7. Simultaneously with the filing of the new Schedule I and J reflecting the current income and expenses, the Debtor is capable of making the plan payments.

8. The Debtor's second modified plan proposes the following changes:

    a. All filed claims to be paid 100% within 30 days of confirmation.

9. This second modified plan complies with all applicable law.

10. Any fees and charges required by Chapter 123 of title 28 U.S.C. have been paid.

11. This plan is proposed in good faith and is not by any means forbidden by law.

12. The original petition was filed in good faith. The Debtor has been in the bankruptcy for 17 months and has made all payments due under the original plan and intends to complete all payments under the second modified plan.

13. The distribution to general unsecured creditors will be 100% to all filed claims. This sum is at least what the unsecured creditors would receive in a Chapter 7 liquidation. Under a liquidation analysis, the unsecured creditors would take nothing.

14. The Debtor has listed all his assets in Schedules A and B and believes the values remain the same if not less.

15. As required by 11 U.S.C. §1325(a) 5(b), the plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditor accepts surrender of the collateral. All secured creditors have either accepted the plan or will

MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN

be allowed to collect and dispose of collateral via surrender thereof or will be paid the value of their collateral pursuant to the terms of the plan. There are no motions to value or agreements been made to value collateral.

16. The Debtor does not have a domestic support obligation or any ongoing payments that have come due since the filing of this case. The Debtor has filed all applicable tax returns as noted above and will become due for the last 4 years.

17. Based on the foregoing, the Debtor respectfully requests the Court confirm his second modified Chapter 13 plan.

DATED: 4/4/17

Respectfully submitted,

Glen E. Gates
Attorney for Debtor, Oscar Gutierrez

MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN