GLEN E. GATES  #85885
**GATES LAW GROUP**
**A Professional Corporation**
2445 Capitol Street, Suite 160E
Fresno, California 93721
Telephone: (559) 432-9944
Facsimile: (559) 740-6678
E-mail: ggates@gateslawgroup.com

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
*****

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| Oscar Gutierrez | DC No.: GEG-4 |
| Debtor, | Chapter 13 |
| | DATE: May 11, 2017<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721 |
| | JUDGE: Hon. Rene Lastreto II |

## NOTICE OF MOTION FOR CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN PURSUANT TO 11 USC §1329

**YOU ARE HEREBY NOTIFIED** that Debtor, Oscar Gutierrez has filed a proposed Second Modified Chapter 13 Plan. Debtor will move the Court to approve this modification at the above date and time, or as soon thereafter as the matter may be heard, in Department B of the above entitled Court, located at the U.S. Courthouse, 2500 Tulare Street, Courtroom 13, 5th Floor, Fresno, California 93721.

The Motion is based upon this Notice of Hearing, the accompanying MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN, upon such other and further papers

and evidence as the Debtor may submit to the Court prior to and/or, as the Court may permit at the hearing of the Motion.

**YOU ARE HEREBY NOTIFIED** that pursuant to Local Rule 9014-1(f)(1), opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

**PLEASE TAKE FURTHER NOTICE** that the opposition shall so specify whether the Responding Party consents to the Court's resolution of disputed factual issues pursuant to Rule 43(e), Fed. R. Civ. P., as made applicable to these proceedings pursuant to Rule 9017, Fed. R. Bankr. P. If the Responding Party does not so consent, the opposition shall include a separate statement identifying each disputed factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file a separate statement shall be construed as consent to the resolution of the motion and all disputed material factual issues pursuant to Rule 43(e), Fed. R. Civ. P.

DATED: 4/4/17

Respectfully submitted,

_____
Glen E. Gates
Attorney for Debtor, Oscar Gutierrez

NOTICE OF MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN