GLEN E. GATES  #85885
**GATES LAW GROUP**
**A Professional Corporation**
2445 Capitol Street, Suite 160E
Fresno, California  93721
Telephone:　(559) 432-9944
Facsimile:　(559) 740-6678
E-mail:　　ggates@gateslawgroup.com

Attorneys for: Debtor Oscar Gutierrez

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| In the Matter of | Case No. 2015-14228-B-13 |
|---|---|
| Oscar Gutierrez | DC No.: GEG-4 |
| Debtor, | Chapter 13 |
| | DATE:　May 11, 2017<br>TIME:　1:30 p.m.<br>PLACE:　U.S. Courthouse<br>　　　　5th Floor, Dept. B, Courtroom 13<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA 93721 |
| | JUDGE:　Hon. Rene Lastreto II |

**DECLARATION OF OSCAR GUTIERREZ IN SUPPORT OF MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN**

I, Oscar Gutierrez, declare as follows:

1. I am the Debtor in the above-noted matter.

2. The facts set forth within this declaration are within my personal knowledge and if called to testify I could testify competently thereto.

3. My Chapter 13 case was filed on October 30, 2015.

4. I am current on existing plan payments of $420.00 per month.

5. During the trustee evaluation of the case, it was determined that I needed to file new tax returns. Tax returns for period of 2011 through 2014 were in fact prepared and filed. The net result of the taxes for the filing dates indicated an arrearage on taxes of $3,605.

-1-

6. It was required then that because of the taxes, I would have to pay the taxes through the Chapter 13 plan. The first modified Chapter 13 plan provided for the payment of the taxes.

7. Filed concurrently herewith and attached as **Exhibit A** is a copy of the second amended Schedule I and J.

8. Based on the amended Schedule I and J, I am able to make the plan payments set forth in the second modified Chapter 13 plan.

9. It should be noted that I am a below median Debtor however, I am paying all filed claims within 30 days of confirmation.

10. My attorney informed me that the second modified Chapter 13 plan distributions to creditors shall be approximately 100%.

11. I have read the Chapter 13 plan to which this motion references.

12. This plan provides for submission of my future earnings as set forth in section 1.01 – 1.03 as well as the additional provisions and I believe that those will be sufficient to fund this second modified Chapter 13 plan.

13. This second modified Chapter 13 plan (the "Plan") has been proposed in good faith. I have had numerous discussions with my attorney who has considered my assets, debts, income and expenses both now and in the future. I have discussed with my attorney my wish and my abilities to make payments under the Chapter 13 plan over the life of the plan. With that in mind, this Chapter 13 plan has been prepared and drafted to meet the expectations of all parties. I reviewed the plan and I believe it's in my best interest and the best interest of all concerned. To my knowledge, the terms of the plan are not forbidden by law. The bankruptcy petition and plan have been filed in good faith. On the date of the filing of the petition, the debts set forth in schedules D, E and F were in fact incurred.

14. As far as I'm aware, I am not ordered to pay spousal and/or child support.

15. As far as I'm aware, I have filed all Federal and State income tax returns required.

///

16. As noted above, per my attorney, I believe that a distribution to creditors satisfies the bankruptcy code requirements.

17. I'm requesting that the Court confirm this second modified Chapter 13 plan.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Dated this 70 day of March, 2017 in Fresno, California.

Respectfully submitted,

_____
Oscar Gutierrez

DECLARATION OF OSCAR GUTIERREZ IN SUPPORT OF MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN