GLEN E. GATES #85885
**GATES LAW GROUP**
**A Professional Corporation**
2445 Capitol Street, Suite 160E
Fresno, California 93721
Telephone: (559) 432-9944
Facsimile: (866) 740-6678
E-mail: glen@gateslawgroup.com

Attorneys for: Debtor Oscar Gutierrez

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| IN RE: | Case No. 2015-14228-B-13 |
| OSCAR GUTIERREZ, | DC No.: GEG-4 |
| Debtor. | Chapter 13 |
| | **CERTIFICATE OF SERVICE** |
| | DATE: May 11, 2017 |
| | TIME: 1:30 P.M. |
| | PLACE: U.S. Courthouse |
| | 5th Floor, Dept. B, Courtroom 13 |
| | 2500 Tulare Street |
| | Fresno, CA 93721 |
| | JUDGE: Honorable Rene Lastreto II |

I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2377 West Shaw Avenue, Suite 101, Fresno, California 93711. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On 4-4-17 I served the following:

-1-

**CERTIFICATE OF SERVICE**

1  -- MOTION FOR CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN;
2  -- NOTICE OF MOTION FOR CONFIRMATION OF SECOND MODIFIED CHAPTER 13 PLAN;
3  -- DECLARATION OF OSCAR GUTIERREZ IN SUPPORT OF MOTION TO CONFIRM SECOND MODIFIED CHAPTER 13 PLAN;
4  -- SECOND MODIFIED CHAPTER 13 PLAN

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on 4-4-17, at Fresno, California.

/s/ Eloisa Madrigal
ELOISA MADRIGAL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-1<br>Case 15-14228<br>Eastern District of California<br>Fresno<br>Wed Mar 29 15:37:44 PDT 2017 | Adoney Diaz<br>P O Box 418<br>Chowchilla CA 93610-0418 | CONSUMER PORTFOLIO SERVICES, INC.<br>P.O. BOX 57071<br>Irvine, CA 92619-7071 |
| Carlos Garcia<br>1190 11th St<br>Orange Cove CA 93646 | Carlos Garcia<br>190 11th St<br>Orange Cove CA 93646-2017 | Commercial Trade Burea<br>Po Box 10389<br>Bakersfield CA 93389-0389 |
| Consumer Portfolio Svc<br>Attn Bankruptcy<br>19500 Jamboree Rd<br>Irvine CA 92612-2401 | (p)DON ROBERTO JEWELERS<br>205 AVENIDA FABRICANTE<br>SAN CLEMENTE CA 92672-7531 | Estate of Yolanda Garcia<br>C O Carlos Garcia<br>1190 11th Street<br>Orange Cove CA 93646 |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento CA 94267-0001 | Glen E. Gates<br>2377 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711-3438 | Oscar Gutierrez<br>211 Center Street<br>Orange Cove, CA 93646-2054 |
| IRS - Bk Dept<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Jose Luis Gutierrez<br>211 Center St<br>Orange Cove CA 93646-2054 | Kings Credit Services<br>Kings Credit Services Attn Bankruptcy<br>Po Box 950<br>Hanford CA 93232-0950 |
| Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950 | Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | Oportun progreso<br>1600 Seaport Blvd<br>Redwood City CA 94063-5563 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roberto Alpora<br>1797 Bonardo Ave<br>Tulare CA 93274-6240 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dn Rbrto Jwl<br>Attention Bankruptcy<br>1020 Calle Recodo Suite 100<br>San Clemente CA 92673 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.