# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Oscar Gutierrez | **Case No :** | 15–14228 – B – 13 |
| | | **Date :** | 05/11/2017 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [122] – Motion/Application to Modify Chapter 13 Plan [GEG–4] Filed by Debtor Oscar Gutierrez (bres) |

| | | | |
|---|---|---|---|
| **Judge :** | Rene Lastreto II | **Courtroom Deputy :** | Jennifer Dauer |
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

The motion was granted without oral argument based on well–pled facts. The movant shall submit a proposed order as specified below.

This motion to confirm or modify a chapter 13 plan was fully noticed in compliance with the Local Rules of Practice; there was no opposition and the respondents' default was entered. The confirmation order shall include the docket control number of the motion and it shall reference the plan by the date it was filed.