GLEN E GATES #85885
GATES LAW GROUP APC
2445 CAPITOL ST SUITE 160E
FRESNO, CA 93721
(559)432-9944

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>OSCAR GUTIERREZ<br><br>Debtor(s), | Case No. 15-14228-B-13F<br>DC# GEG-4<br>Date: May 11, 2017<br>Time: 1:30 PM<br>Place: U. S. Courthouse<br>       Dept. B, Courtroom 13<br>       5th Floor<br>       2500 Tulare Street<br>       Fresno, CA 93721<br>Judge: Rene Lastreto II |
|---|---|

**ORDER CONFIRMING SECOND MODIFIED PLAN**

       The Second Modified Chapter 13 plan filed on 04/04/2017 has been transmitted to all creditors and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. §1325.

       Therefore, **IT IS ORDERED** that the plan is confirmed.

       **IT IS FURTHER ORDERED** that:

       1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

       2. The debtor shall immediately notify the trustee, in writing, of any termination, reduction of, or other change in the employment of the debtor; and

       3. The debtor shall appear in court whenever notified to do so by the court.

////
////
////
////

RECEIVED
May 19, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006051411

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. §1329, the plan is amended as follows: NONE

Date: 5/11/17

Approved by GLEN E GATES

Date: 5/19/17

Approved by the Chapter 13 Trustee as to form

Dated: May 22, 2017

By the Court

René Lastreto II, Judge
United States Bankruptcy Court