**3**

1

2 **TRUDI G. MANFREDO, Bar No. 166474**
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
3 Fresno, California 93711
Telephone: (559) 242-5577
4 Facsimile: (559) 513-8148

5 Attorney for PETER L. FEAR
Chapter 7 Trustee

6

7 **GLEN E. GATES, Bar No. 85885**
GATES LAW GROUP
2445 Capital St., Ste. 160E
8 Fresno, California 93271
Telephone: (559) 432-9944
9 Facsimile: (559) 513-8148

10 Attorney for LETICIA CAMACHO
and OSCAR GUTIERREZ

11

12            **UNITED STATES BANKRUPTCY COURT**

13            **EASTERN DISTRICT OF CALIFORNIA**

14                 **FRESNO DIVISION**

15 In the Matter of       ) ☐ **Case No. 15-14225-B-7**
                          )
16                           )    Chapter 7
                          )
17 LETICIA CAMACHO,      )    DC#: TGM-3
                          )
18                           )    Date: December 5, 2017
             Debtor.    )    Time: 9:30 a.m.
19                           )    Dept.: B, Courtroom 13,
                          )    <u>Honorable René Lastreto, II</u>
20                           )
In the Matter of       ) ☒ **Case No. 15-14228-B-13**
21                           )
                          )    DC#: TGM-1
22 OSCAR GUTIERREZ,      )
                          )    Date: December 6, 2017
23                           )    Time: 1:30 p.m.
             Debtor.    )    Dept.: B, Courtroom 13
24                           )    <u>Honorable René Lastreto, II</u>

25       **NOTICE OF HEARING ON MOTION TO AUTHORIZE**
       **COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR**
26       **OF BANKRUPTCY CASE NO. 15-14228-B-13, AND**
   **PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE**
27       **OF LETICIA CAMACHO, CASE NO. 15-14225-B-7**

28    **NOTICE IS HEREBY GIVEN** that on December 6, 2017 at 1:30 p.m.,

                                    1

1 Department B, Courtroom 13 of the U.S. Bankruptcy Court, 2500 Tulare

2 Street, Fresno, California, before the Honorable Rene Lastreto, II,

3 OSCAR GUTIERREZ, by and through his attorney of record, will move

4 this Court for an order authorizing a compromise with Peter L. Fear,

5 Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of LETICIA

6 CAMACHO, Case No. 15-14225-B-7, with regard to the distribution of

7 a $38,000.00 settlement sum that is property of both the Camacho and

8 the Gutierrez bankruptcy estates.  The parties agree that this

9 Settlement Sum should be divided equally between the two bankruptcy

10 estates.

11 　　　　Oscar Gutierrez believes that it is in the best interest of the

12 creditors and his bankruptcy estate to enter into this compromise,

13 as this distribution provides funds sufficient to pay creditors with

14 allowed claims in each estate in full.  Debtor believes that this is

15 a fair and equitable compromise.

16 　　　　This Motion is on file with the Court.  The full details of the

17 motion are not set forth in this notice.  For further particulars,

18 you may request a copy of the Motion, supporting declaration and

19 points and authorities from the undersigned, or you may obtain copies

20 from the court or the court's website at www.caeb.uscourts.gov.

21 　　　　Opposition, if any to the granting of the motion shall be in

22 writing and shall be served on Trudi G. Manfredo, 377 W. Fallbrook

23 Ave., Ste. 102, Fresno, CA  93711 and filed with the Court by the

24 responding party at least fourteen (14) calendar days preceding the

25 date  or  continued  date  of  the  hearing.   Opposition  shall  be

26 accompanied  by  evidence  establishing  its  factual  allegations.

27 Without good cause, no party shall be heard in opposition to the

28 motion at oral argument if written opposition to the motion has not

1 been timely filed. Failure of the responding party to timely file

2 written opposition may be deemed a waiver of any opposition to the

3 granting of the motion or may result in imposition of sanctions.

4 Responding party can view pre-hearing dispositions by checking the

5 Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day

6 before the hearing to determine if the matter has been resolved

7 without oral argument or if the Court has issued a tentative ruling.

8       The opposition shall specify whether the responding party

9 consents to the Court's resolution of disputed material factual

10 issues pursuant to FRCivP 43(3) as made applicable by FRBP 9017. If

11 the responding party does not so consent, the opposition shall

12 include a separate statement identifying each disputed material

13 factual issue. This separate statement shall enumerate discretely

14 each of the disputed material factual issues and cite the particular

15 portions of the record demonstrating that a factual issue is both

16 material and in dispute. Failure to file the separate statement

17 shall be construed as consent to resolution of the motion and all

18 disputed factual issues pursuant to FRCivP 43(e).

19       You may also arrange to appear at this hearing telephonically

20 by calling Court Call at (866) 582-6878. Any party appearing

21 telephonically must view the pre-hearing dispositions at

22 www.caeb.uscourts.gov prior to the hearing.

23 Dated: 10-31-17

24                          /s/ Trudi G. Manfredo
                             TRUDI G. MANFREDO

25

26

27

28

3