**4**
**TRUDI G. MANFREDO, Bar No. 166474**
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

Attorney for PETER L. FEAR
Chapter 7 Trustee

**GLEN E. GATES, Bar No. 85885**
GATES LAW GROUP
2445 Capital St., Ste. 160E
Fresno, California 93271
Telephone: (559) 432-9944
Facsimile: (559) 513-8148

Attorney for LETICIA CAMACHO
and OSCAR GUTIERREZ

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of<br><br>LETICIA CAMACHO,<br><br>           Debtor. | ☐ **Case No. 15-14225-B-7**<br><br>Chapter 7<br><br>DC#: TGM-3<br><br>Date:  December 5, 2017<br>Time:  9:30 a.m.<br>Dept.: B, Courtroom 13,<br><u>Honorable René Lastreto, II</u> |
| In the Matter of<br><br>OSCAR GUTIERREZ,<br><br>           Debtor. | ☒ **Case No. 15-14228-B-13**<br><br>DC#: TGM-1<br><br>Date:  December 6, 2017<br>Time:  1:30 p.m.<br>Dept.: B, Courtroom 13<br><u>Honorable René Lastreto, II</u> |

**PROOF OF SERVICE**

   I, Michelle Meister, am employed in Fresno County, California; I am over the age of eighteen years and not a party to the within-entitled action; my business address is 377 W. Fallbrook Ave., Suite 102, Fresno, California 93711.  I am readily familiar with my law

1

firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office.

On November 3, 2017, at Fresno, California, I served the **(1) NOTICE OF HEARING ON MOTION TO AUTHORIZE COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR OF BANKRUPTCY CASE NO. 15-14228-B-13, AND PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE OF LETICIA CAMACHO, CASE NO. 15-14225-B-7**, on the parties set forth below by placing a true copy thereof enclosed in sealed envelopes, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

UNITED STATES TRUSTEE
U.S. Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721-1318

Chapter 7 Trustee:
Peter Fear
P.O. Box 28490
Fresno, CA 93729

Chapter 13 Trustee:
Michael H. Meyer
P.O. Box 28950
Fresno, CA 93729-8950

Debtors:
Leticia Camacho
211 Center Street
Orange Cove, CA 93646

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

Debtors' Attorney:
Glen E. Gates
2445 Capitol Street #160E
Fresno, CA 93721

Defendant:
Erma R. Radtke
1053 "G" Street
Reedley, CA 93654

Attorney for Defendant
David F. Wood
Shannon M. Benbow
Summit S. Dhillon
WOOD, SMITH, HENNING & BERMAN, LLP
520 Pike St., Ste. 1525
Seattle, Washington 98101

**ALSO SEE ATTACHED MAILING MATRIX**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11-3-17

/s/ Michelle Meister
Michelle Meister

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-1<br>Case 15-14228<br>Eastern District of California<br>Presno<br>Wed Sep  6 13:20:34 PDT 2017 | Adoney Diaz<br>P O Box 418<br>Chowchilla CA 93610-0418 | CONSUMER PORTFOLIO  SERVICES , INC.<br>P.O. BOX 57071<br>Irvine, CA 92619-7071 |
| Carlos Garcia<br>1190 11th St<br>Orange Cove CA 93646 | Carlos Garcia<br>190 11th St<br>Orange Cove CA 93646-2017 | Commercial Trade Burea<br>Po Box 10389<br>Bakersfield CA 93389-0389 |
| Consumer Portfolio Svc<br>Attn Bankruptcy<br>19500 Jamboree Rd<br>Irvine CA 92612-2411 | (p)DON ROBERTO JEWELERS<br>205 AVENIDA FABRICANTE<br>SAN CLEMENTE CA 92672-7531 | Estate of Yolanda Garcia<br>C O Carlos Garcia<br>1190 11th Street<br>Orange Cove CA 93646 |
| Franchise Tax Board<br>PO Box 942867<br>Sacramento CA 94267-0001 | Glen E. Gates<br>2377 W. Shaw Avenue, Suite 101<br>Fresno, CA 93711-3438 | Oscar Gutierrez<br>211 Center Street<br>Orange Cove, CA 93646-2054 |
| IRS - Bk Dept<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Jose Luis Gutierrez<br>211 Center St<br>Orange Cove CA 93646-2054 | Kings Credit Services<br>Kings Credit Services Attn Bankruptcy<br>Po Box 950<br>Hanford CA 93232-0950 |
| Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950 | Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | Oportun progreso<br>1600 Seaport Blvd<br>Redwood City CA 94063-5563 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roberto Alpora<br>1797 Bonardo Ave<br>Tulare CA 93274-6240 | |

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dn Rbrto Jwl<br>Attention Bankruptcy<br>1020 Calle Recodo Suite 100<br>San Clemente CA 92673 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | |

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carlos Garcia

End of Label Matrix
Mailable recipients 19
Bypassed recipients 1
Total 20