**TRUDI G. MANFREDO, Bar No. 166474**
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

Attorney for PETER L. FEAR
Chapter 7 Trustee

**GLEN E. GATES, Bar No. 85885**
GATES LAW GROUP
2445 Capital St., Ste. 160E
Fresno, California 93271
Telephone: (559) 432-9944
Facsimile: (559) 513-8148

Attorney for LETICIA CAMACHO
and OSCAR GUTIERREZ

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| In the Matter of | ☐ **Case No. 15-14225-B-7** |
|---|---|
| | Chapter 7 |
| LETICIA CAMACHO, | DC#: TGM-3 |
| Debtor. | Date: December 5, 2017<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 13,<br>Honorable René Lastreto, II |
| In the Matter of | ☒ **Case No. 15-14228-B-13** |
| | DC#: TGM-1 |
| OSCAR GUTIERREZ, | |
| Debtor. | Date: December 6, 2017<br>Time: 1:30 p.m.<br>Dept.: B, Courtroom 13<br>Honorable René Lastreto, II |

**PROOF OF SERVICE**

　　　I, Michelle Meister, am employed in Fresno County, California; I am over the age of eighteen years and not a party to the within-entitled action; my business address is 377 W. Fallbrook Ave., Suite 102, Fresno, California 93711. I am readily familiar with my law

1

firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office.

On November 3, 2017, at Fresno, California, I served the **(1) MOTION TO AUTHORIZE COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR OF BANKRUPTCY CASE NO. 15-14228-B-13, AND PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE OF LETICIA CAMACHO, CASE NO. 15-14225-B-7,**
**(2) DECLARATION OF PETER L. FEAR IN SUPPORT OF MOTION TO AUTHORIZE COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR OF BANKRUPTCY CASE NO. 15-14228-B-13, AND PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE OF LETICIA CAMACHO, CASE NO. 15-14225-B-7,**
**(3) DECLARATION OF GLEN E. GATES IN SUPPORT OF MOTION TO AUTHORIZE COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR OF BANKRUPTCY CASE NO. 15-14228-B-13, AND PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE OF LETICIA CAMACHO, CASE NO. 15-14225-B-7,**
**(4) EXHIBITS IN SUPPORT OF MOTION TO AUTHORIZE COMPROMISE BETWEEN OSCAR GUTIERREZ, DEBTOR OF BANKRUPTCY CASE NO. 15-14228-B-13, AND PETER L. FEAR, TRUSTEE OF THE BANKRUPTCY ESTATE OF LETICIA CAMACHO, CASE NO. 15-14225-B-7,** on the parties set forth below by placing a true copy thereof enclosed in sealed envelopes, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

| | |
|---|---|
| UNITED STATES TRUSTEE<br>U.S. Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721-1318 | Debtors:<br>Leticia Camacho<br>211 Center Street<br>Orange Cove, CA 93646 |
| Chapter 7 Trustee:<br>Peter Fear<br>P.O. Box 28490<br>Fresno, CA 93729 | Oscar Gutierrez<br>211 Center Street<br>Orange Cove, CA 93646 |
| Chapter 13 Trustee:<br>Michael H. Meyer<br>P.O. Box 28950<br>Fresno, CA 93729-8950 | Defendant:<br>Erma R. Radtke<br>1053 "G" Street<br>Reedley, CA 93654 |
| Debtors' Attorney:<br>Glen E. Gates<br>2445 Capitol Street #160E<br>Fresno, CA 93721 | Attorney for Defendant<br>David F. Wood<br>Shannon M. Benbow<br>Summit S. Dhillon<br>WOOD, SMITH, HENNING & BERMAN, LLP<br>520 Pike St., Ste. 1525<br>Seattle, Washington 98101 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11-3-17

/s/ Michelle Meister
Michelle Meister