GLEN E. GATES #85885
**GATES LAW GROUP**
A Professional Corporation
2445 Capitol Street, Suite 160E
Fresno, CA 93721
Telephone: (559) 432-9944
Facsimile: (866) 740-6678
Email: glen@gateslawgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re: | Case No: 15-14228-B-13F |
|---|---|
| | DC No: GEG-5 |
| OSCAR GUTIERREZ | Chapter 13 |
| Debtor(s). | NOTICE OF APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330 |
| | ☒ INTERIM APPLICATION |
| | ☐ FINAL APPLICATION |
| | DATE: January 11, 2018<br>TIME: 1:30 p.m.<br>PLACE: US Courthouse, 5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721<br>JUDGE: Hon. René Lastreto II |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| | | |
|---|---|---|
| a. | Name of Applicant (specify): | Gates Law Group, APC |
| b. | Amount of fees requested: | $14,325.00 |
| c. | Amount of costs requested: | $0.00 |
| d. | Address of Applicant (specify): | 2445 Capitol Street, Suite 160E, Fresno, CA 93721 |

(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)

1

Fee Application Notice 14 Day EDC Fresno (Version 2.0 8-9-2013)

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(2) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
No written opposition is required. Opposition, if any, shall be presented at the hearing. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

Dated: 12/12/17

                                                                          _____
                                                                          Glen E. Gates
                                                                          Attorney for Debtor