GLEN E. GATES #85885
**GATES LAW GROUP**
**A Professional Corporation**
2445 Capitol Street, Ste. 160E
Fresno, California 93721
Telephone: (559) 432-9944
E-mail: *glen@gateslawgroup.com*

Attorneys for Debtor, OSCAR GUTIERREZ

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*

| | |
|---|---|
| In the Matter of<br><br>OSCAR GUTIERREZ<br><br>          Debtor (s), | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: GEG-5<br><br>**PROOF OF SERVICE**<br><br>DATE:  January 11, 2018<br>TIME:   1:30 p.m.<br>PLACE: U.S. Courthouse<br>            5th Floor, Dept. B, Courtroom 13<br>            2500 Tulare Street<br>            Fresno, CA 93721<br>JUDGE: Hon. Rene Lastreto II |

    I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2445 Capitol Street, Suite 160E, Fresno, California 93721. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On December 12, 2017, I served the following:

///

///

-1-

Proof of Service

| | |
|---|---|
| 1 | -- **INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES** |
| 2 | -- **NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES** |

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2017 at Fresno, California.

/s/ Eloisa Madrigal
ELOISA MADRIGAL

-2-

Proof of Service

```
Label Matrix for local noticing        Adoney Diaz                            CONSUMER PORTFOLIO SERVICES, INC.
0972-1                                 P O Box 418                            P.O. BOX 57071
Case 15-14228                          Chowchilla CA 93610-0418               Irvine, CA 92619-7071
Eastern District of California
Fresno
Mon Dec 11 12:42:56 PST 2017

Carlos Garcia                          Carlos Garcia                          Commercial Trade Burea
1190 11th St                           190 11th St                            Po Box 10389
Orange Cove CA 93646                   Orange Cove CA 93646-2017              Bakersfield CA 93389-0389

Consumer Portfolio Svc                 (p)DON ROBERTO JEWELERS                Estate of Yolanda Garcia
Attn Bankruptcy                        205 AVENIDA FABRICANTE                 C O Carlos Garcia
19500 Jamboree Rd                      SAN CLEMENTE CA 92672-7531             1190 11th Street
Irvine CA 92612-2411                                                          Orange Cove CA 93646

Franchise Tax Board                    Glen E. Gates                          Oscar Gutierrez
PO Box 942867                          2377 W. Shaw Avenue, Suite 101         211 Center Street
Sacramento CA 94267-0001               Fresno, CA 93711-3438                  Orange Cove, CA 93646-2054

IRS - Bk Dept                          Jose Luis Gutierrez                    Kings Credit Services
PO Box 7346                            211 Center St                          Kings Credit Services Attn Bankruptcy
Philadelphia PA 19101-7346             Orange Cove CA 93646-2054              Po Box 950
                                                                              Hanford CA 93232-0950

Trudi G. Manfredo                      Michael H. Meyer                       Office of the U.S. Trustee
377 W. Fallbrook Ave., Ste. 102        PO Box 28950                           United States Courthouse
Fresno, CA 93711-6225                  Fresno, CA 93729-8950                  2500 Tulare Street, Room 1401
                                                                              Fresno, CA 93721-1326

Oportun progreso                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Roberto Alpora
1600 Seaport Blvd                      PO BOX 41067                           1797 Bonardo Ave
Redwood City CA 94063-5563             NORFOLK VA 23541-1067                  Tulare CA 93274-6240
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Dn Rbrto Jwl                           Portfolio Recovery Associates, LLC
Attention Bankruptcy                   POB 41067
1020 Calle Recodo Suite 100            Norfolk, VA 23541
San Clemente CA 92673
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.