GLEN E. GATES #85885
**GATES LAW GROUP**
A Professional Corporation
2445 Capitol Street, Ste. 160E
Fresno, California 93721
Telephone: (559) 432-9944
E-mail: *glen@gateslawgroup.com*

Attorneys for Debtor, OSCAR GUTIERREZ

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
*****

| | |
|---|---|
| In the Matter of | Case No. 2015-14228-B-13 |
| OSCAR GUTIERREZ | Chapter 13 |
| | DCN: GEG-5 |
| Debtor (s), | **PROOF OF SERVICE** |
| | DATE: January 11, 2018 |
| | TIME: 1:30 p.m. |
| | PLACE: U.S. Courthouse |
| | 5th Floor, Dept. B, Courtroom 13 |
| | 2500 Tulare Street |
| | Fresno, CA 93721 |
| | JUDGE: Hon. Rene Lastreto II |

I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2445 Capitol Street, Suite 160E, Fresno, California 93721. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On December 12, 2017, I served the following:

///

///

-1-

**NOTICE OF INTERIM APPLICATION FOR PAYMENT OF FEES AND EXPENSES**

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Peter L. Fear
Chapter 7 Trustee
PO Box 28490
Fresno, CA 93729

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 12, 2017 at Fresno, California.

/s/ Eloisa Madrigal
ELOISA MADRIGAL

-2-

Proof of Service