GLEN E. GATES #85885
**GATES LAW GROUP**
A Professional Corporation
2445 Capitol Street, Suite 160E
Fresno, CA 93721
Telephone: (559) 432-9944
Facsimile: (866) 740-6678
Email: glen@gateslawgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA FRESNO

| In re: | Case No: 15-14228-B-13F |
|---|---|
| | DC No: GEG-5 |
| OSCAR GUTIERREZ | Chapter 13 |
| Debtor(s). | **AMENDED** NOTICE OF APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES PURSUANT TO 11 U.S.C. §331 OR §330 |
| | ☒ INTERIM APPLICATION |
| | ☐ FINAL APPLICATION |
| | DATE: January 25, 2018<br>TIME: 1:30 p.m.<br>PLACE: US Courthouse, 5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721<br>JUDGE: Hon. René Lastreto II |

TO ALL INTERESTED PARTIES: NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving the attached fee and/or expense application(s):

1. Application Information: ☐ See attached page for information on additional applicants.

| a. Name of Applicant (specify): | Gates Law Group, APC |
|---|---|
| b. Amount of fees requested: | $14,325.00 |
| c. Amount of costs requested: | $0.00 |
| d. Address of Applicant (specify): | 2445 Capitol Street, Suite 160E, Fresno, CA 93721 |

(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)

1

This Application is served pursuant to Local Bankruptcy Rule 9014-1(f)(1) and the Federal Rules of Bankruptcy Procedure.

**YOUR RIGHTS MAY BE AFFECTED** You should read the papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

Opposition, if any, to the granting of the Application shall be in writing and shall be <u>served and filed with the Court at least fourteen (14) calendar days preceding the date of the hearing.</u> Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the Application at oral argument if written opposition to the Application has not been timely filed. If you fail to file a written objection to the Application within such time period, the Court may treat such failure as a waiver of your right to object to the Application and may approve the Application. If you wish to review the full Application, you may review the Application on file with the Court or obtain a copy from Applicant.

You must serve a copy of the opposition on:

Glen E. Gates
2445 Capitol St., Ste. 160E
Fresno, CA 93721

Michael H. Meyer
Chapter 13 Trustee
PO Box 28950
Fresno, CA 93729

United States Trustee
Office of the US Trustee
2500 Tulare Street, Room 1401
Fresno, CA 93721

To determine whether this matter has been resolved without oral argument or whether the Court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: 12/20/17　　　　　　　Respectfully Submitted,

_____
Glen E. Gates
Attorney for Debtor

Fee Application Notice 28 Day EDC Fresno (Version 2.0 8-9-2013)