GLEN E. GATES #85885
**GATES LAW GROUP**
**A Professional Corporation**
2445 Capitol Street, Ste. 160E
Fresno, California 93721
Telephone: (559) 432-9944
E-mail: *glen@gateslawgroup.com*

Attorneys for Debtor, OSCAR GUTIERREZ

**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

*****

| | |
|---|---|
| In the Matter of<br><br>OSCAR GUTIERREZ<br><br>Debtor (s), | Case No. 2015-14228-B-13<br><br>Chapter 13<br><br>DCN: GEG-5<br><br>**PROOF OF SERVICE**<br><br>DATE: January 25, 2018<br>TIME: 1:30 p.m.<br>PLACE: U.S. Courthouse<br>5th Floor, Dept. B, Courtroom 13<br>2500 Tulare Street<br>Fresno, CA 93721<br>JUDGE: Hon. Rene Lastreto II |

I, the undersigned, declare that I am employed in Fresno County, California; I am over the age of 18 years, and not a party to the within-entitled action; my business address is 2445 Capitol Street, Suite 160E, Fresno, California 93721. I am readily familiar with the law firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence is deposited with the United States Postal Service on the same day that it is collected and processed in said office. On December 21, 2017, I served the following:

///

///

-- **AMENDED NOTICE OF INTERIM APPLICATION FOR ALLOWANCE OF PAYMENT OF FEES AND/OR EXPENSES**

on the parties set forth below by placing a true copy thereof enclosed in a sealed envelope, bearing the addresses set forth herein below, into an outgoing mail receptacle in accordance with the above law firm's ordinary business practice for the collection, processing and mailing of outgoing mail.

Peter L. Fear
Chapter 7 Trustee
PO Box 28490
Fresno, CA 93729 AND

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 21, 2017 at Fresno, California.

/s/ Eloisa Madrigal
ELOISA MADRIGAL

Label Matrix for local noticing
0972-1
Case 15-14228
Eastern District of California
Fresno
Wed Dec 20 14:55:15 PST 2017

Adoney Diaz
P O Box 418
Chowchilla CA 93610-0418

CONSUMER PORTFOLIO SERVICES , INC.
P.O. BOX 57071
Irvine, CA 92619-7071

Carlos Garcia
1190 11th St
Orange Cove CA 93646

Carlos Garcia
190 11th St
Orange Cove CA 93646-2017

Commercial Trade Burea
Po Box 10389
Bakersfield CA 93389-0389

Consumer Portfolio Svc
Attn Bankruptcy
19500 Jamboree Rd
Irvine CA 92612-2411

(p)DON ROBERTO JEWELERS
205 AVENIDA FABRICANTE
SAN CLEMENTE CA 92672-7531

Estate of Yolanda Garcia
C O Carlos Garcia
1190 11th Street
Orange Cove CA 93646

Franchise Tax Board
PO Box 942867
Sacramento CA 94267-0001

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno, CA 93711-3438

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646-2054

IRS - Bk Dept
PO Box 7346
Philadelphia PA 19101-7346

Jose Luis Gutierrez
211 Center St
Orange Cove CA 93646-2054

Kings Credit Services
Kings Credit Services Attn Bankruptcy
Po Box 950
Hanford CA 93232-0950

Trudi G. Manfredo
377 W. Fallbrook Ave., Ste. 102
Fresno, CA 93711-6225

Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721-1326

Oportun progreso
1600 Seaport Blvd
Redwood City CA 94063-5563

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Roberto Alpora
1797 Bonardo Ave
Tulare CA 93274-6240

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dn Rbrto Jwl
Attention Bankruptcy
1020 Calle Recodo Suite 100
San Clemente CA 92673

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.