**2**

**TRUDI G. MANFREDO, Bar No. 166474**
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

Attorney for PETER L. FEAR
Chapter 7 Trustee

**GLEN E. GATES, Bar No. 85885**
GATES LAW GROUP
2445 Capital St., Ste. 160E
Fresno, California 93271
Telephone: (559) 432-9944
Facsimile: (559) 513-8148

Attorney for LETICIA CAMACHO
and OSCAR GUTIERREZ

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>LETICIA CAMACHO,<br><br>   Debtor. | ☐ **Case No. 15-14225-B-7**<br><br>Chapter 7<br><br>DC#: TGM-3<br><br>Date: December 5, 2017<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 13,<br>Honorable René Lastreto, II |
| In the Matter of<br><br>OSCAR GUTIERREZ,<br><br>   Debtor. | ☒ **Case No. 15-14228-B-13**<br><br>DC#: TGM-1<br><br>Date: December 6, 2017<br>Time: 1:30 p.m.<br>Dept.: B, Courtroom 13<br>Honorable René Lastreto, II |

**DECLARATION OF TRUDI G. MANFREDO IN SUPPORT OF EX PARTE APPLICATION TO CORRECT ORDER AUTHORIZING COMPROMISE**

I, Trudi G. Manfredo, declare as follows:

1. I am an individual, over the age of 18, and could, if

1

required to do so, competently testify to the facts stated herein based on my personal knowledge.

2. I am the attorney for Peter L. Fear, and I make this declaration without waiving any attorney client privilege.

3. I have read the Ex Parte Application to Correct Order Authorizing Compromise, and all of the facts set forth therein are true and correct.

4. I filed a motion to compromise controversy between Oscar Gutierrez, Debtor of Bankruptcy Case No. 15-12228-B-13, and Peter L. Fear, Trustee of the Bankruptcy Estate of Leticia Camacho, Case No. 15-14225-B-7, which was granted.

5. The order authorizing the compromise was filed on December 12, 2017, docket entry 142. Although the body of the order granting the compromise, correctly reflected the parties, the title of the order erroneously stated that the compromise was with Jerry R. Lowe instead of Oscar Gutierrez.

6. Filed concurrently herewith and incorporated herein by reference as **Exhibit 1** is a true and correct copy of the corrected order that will be submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. At Fresno, this 27th day of December, 2017.

/s/ TRUDI G. MANFREDO
Trudi G. Manfredo
Attorney for Trustee