**TRUDI G. MANFREDO, Bar No. 166474**
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148

Attorney for PETER L. FEAR
Chapter 7 Trustee

**GLEN E. GATES, Bar No. 85885**
GATES LAW GROUP
2445 Capital St., Ste. 160E
Fresno, California 93271
Telephone: (559) 432-9944
Facsimile: (559) 513-8148

Attorney for LETICIA CAMACHO
and OSCAR GUTIERREZ

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>LETICIA CAMACHO,<br><br>            Debtor. | ☐ **Case No. 15-14225-B-7**<br>Chapter 7<br>DC#: TGM-3<br><br>Date:  December 5, 2017<br>Time:  9:30 a.m.<br>Dept.: B, Courtroom 13,<br>Honorable René Lastreto, II |
| In the Matter of<br><br>OSCAR GUTIERREZ,<br><br>            Debtor. | ☒ **Case No. 15-14228-B-13**<br>DC#: TGM-1<br><br>Date:  December 6, 2017<br>Time:  1:30 p.m.<br>Dept.: B, Courtroom 13<br>Honorable René Lastreto, II |

## ORDER AUTHORIZING TRUSTEE TO SUBMIT
## CORRECTED ORDER AUTHORIZING COMPROMISE

The Court, having reviewed the Ex Parte Application to Correct Order Authorizing compromise between Oscar Gutierrez, Debtor of

RECEIVED
December 27, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006192269

1

Bankruptcy Case No. 15-12228-B-13, and Peter L. Fear, Trustee of the Bankruptcy Estate of Leticia Camacho, Case No. 15-14225-B-7, it appearing that good cause exists for granting the application, and that no party in interest will be prejudiced or harmed as a result,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1. The Ex Parte Application to Correct Order Authorizing Compromise is granted;

    2. Trustee's counsel is authorized to submit a corrected Order Authorizing compromise between Oscar Gutierrez, Debtor of Bankruptcy Case No. 15-12228-B-13, and Peter L. Fear, Trustee of the Bankruptcy Estate of Leticia Camacho, Case No. 15-14225-B-7.

Presented by:

/s/ Trudi G. Manfredo
Trudi G. Manfredo, Attorney for Trustee

Dated: Dec 28, 2017

By the Court

René Lastreto II, Judge
United States Bankruptcy Court