# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title:** Oscar Gutierrez        **Case No.:** 15-14228 - B - 13
                                       **Docket Control No.** GEG-5
                                       **Date:** 01/11/2018
                                       **Time:** 1:30 PM

**Matter:** [138] - Motion/Application for Compensation [GEG-5] for Glen E. Gates, Debtors Attorney(s). Filed by Glen E. Gates (lars)

**Judge:** René Lastreto II
**Courtroom Deputy:** Debbie Chavez
**Reporter:** Not Recorded
**Department:** B

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

## CIVIL MINUTES

Motion Denied without prejudice, Resolved without Oral Argument

The court will issue the order.

The motion was denied without prejudice. Movant filed an amended notice of hearing on December 21, 2017 (Doc. No. 143) to include the new LBR 9014-1(d)(3)(B) language but failed to comply with LBR 9014-1(j) which provides that a continuance of the originally set court date must be by written application. No order modifying the notice was obtained.