**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 15-14228 - B - 13
Oscar Gutierrez,               ) Docket Control No. GEG-5
                  Debtor.      ) Document No. 138
                               ) Date: 01/11/2018
                               ) Time: 1:30 PM
                               ) DEPT: B
```

**Order**

For the reasons set forth in the court's minutes, docket number 152,

IT IS ORDERED that the motion for compensation is DENIED WITHOUT PREJUDICE.

Dated: Jan 12, 2018

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

[138] - Motion/Application for Compensation [GEG-5] for Glen E. Gates, Debtors Attorney(s). Filed by Glen E. Gates (lars)