# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Oscar Gutierrez  
**Case No.:** 15-14228 - B - 13  
**Docket Control No.** GEG-5  
**Date:** 01/25/2018  
**Time:** 1:30 PM

**Matter:** [138] - Motion/Application for Compensation [GEG-5] for Glen E. Gates, Debtors Attorney(s). Filed by Glen E. Gates (lars)

**Judge:** René Lastreto II  
**Courtroom Deputy:** Debbie Chavez  
**Reporter:** Not Recorded  
**Department:** B

**APPEARANCES for:**  
**Movant(s):**  
None  
**Respondent(s):**  
None

## CIVIL MINUTES

Motion Dropped from calendar, Resolved without Oral Argument

This motion was decided on January 11, 2018. The first notice of hearing was scheduled for that date, but an amended notice of hearing was filed on December 21, 2017, which also changed the date of hearing to January 25th. Local Rule 9014-1(j) requires a court to approve the continuance. No request for a continuance was made, so the court did not approve this continuance.