| | |
|---|---|
| 1 | GLEN E. GATES  #85885 |
| 2 | **GATES LAW GROUP**<br>**A Professional Corporation** |
| 3 | 2445 Capitol Street, Ste. 160E<br>Fresno, California  93721 |
| 4 | Telephone:     (559) 432-9944<br>E-mail:*glen@gateslawgroup.com* |
| 5 | Attorneys for Debtor, OSCAR GUTIERREZ |

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*****

| In the Matter of | Case No. 2015-14228-B-13 |
|---|---|
| OSCAR GUTIERREZ | Chapter 13 |
| | DCN:  GEG-6 |
| Debtor (s), | **ORDER AUTHORIZING ALLOWANCE OF FEES FOR DEBTOR'S ATTORNEY IN CHAPTER 13 CASE** |
| | DATE:    February 15, 2018<br>TIME:    1:30 p.m.<br>PLACE:   U.S. Courthouse<br>             5th Floor, Dept. B, Courtroom 13<br>             2500 Tulare Street<br>             Fresno, CA 93721<br>JUDGE:   Hon. Rene Lastreto II |

The Interim Application for Payment of Fees and/or Expenses filed by Debtor's attorney in Chapter 13 ("Interim Application") case filed by Gates Law Group was scheduled for hearing before the Honorable René Lastreto II, United States Bankruptcy Court Judge, on February 15, 2018, in Fresno, California. Notice was proper. No timely opposition was made or filed. The default of the responding party is entered. The matter was resolved without oral argument, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED that:

RECEIVED
February 15, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006222612

1. The Interim Application for Payment of Fees and/or Expenses filed by Debtor's attorney in Chapter 13 Case filed by Gates Law Group is approved.

2. $14,325.00 is reasonable compensation for the services rendered by Gates Law Group, as Debtor's attorney from October 17, 2015 through December 4, 2017 as described in the Interim Application.

3. Gates Law Group is allowed $14,325.00 for the services rendered by it as Debtor's attorney from October 17, 2015 through December 4, 2017.

4. Because Debtor's attorney was formerly a member of the firm Pascuzzi, Pasuzzi & Stoker on this case at the case inception, the Court hereby orders the Chapter 13 Trustee, Michael H. Meyer, to pay the sum of $13,155.00 to the firm Pascuzzi, Pascuzzi & Stoker and $1,170.00 to the Debtor's attorney, Gates Law Group as payment for the fees incurred; and

5. The Interim Application is approved on an interim basis and the amounts allowed for payment to Gates Law Group shall be perfected, and may be adjusted, by a Final Application for Compensation and Expenses which shall be filed before Debtor's case is closed.

Dated:　　　　　　　　　　　　　　By the Court

**Dated:** Feb 20, 2018　　　　　　　**By the Court**

*René Lastreto II* (signature)
**René Lastreto II, Judge**
**United States Bankruptcy Court**