```
                          United States Bankruptcy Court
                           Eastern District of California
```

In re:                                                    Case No. 15-14228-B
Oscar Gutierrez                                           Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

```
District/off: 0972-1          User: admin                 Page 1 of 1                   Date Rcvd: Aug 01, 2018
                              Form ID: L160               Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
```
db              +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty             +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438
21641077        +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21641078         Carlos Garcia,    1190 11th St,    Orange Cove CA 93646
21641080        +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21641081       ++DON ROBERTO JEWELERS,    205 AVENIDA FABRICANTE,    SAN CLEMENTE CA 92672-7531
                (address filed with court: Dn Rbrto Jwl,    Attention Bankruptcy,    1020 Calle Recodo Suite 100,
                  San Clemente CA 92673)
21692230         Estate of Yolanda Garcia,    C O Carlos Garcia,    1190 11th Street,    Orange Cove CA 93646
21641082        +Jose Luis Gutierrez,    211 Center St,    Orange Cove CA 93646-2054
21641083        +Kings Credit Services,    Kings Credit Services Attn Bankruptcy,    Po Box 950,
                  Hanford CA 93232-0950
21641084        +Oportun progreso,    1600 Seaport Blvd,    Redwood City CA 94063-5563
21641085        +Roberto Alpora,    1797 Bonardo Ave,    Tulare CA 93274-6240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: trmanfredo@yahoo.com Aug 02 2018 03:17:56     Trudi G. Manfredo,
                  377 W. Fallbrook Ave., Ste. 102,    Fresno, CA 93711-6225
tr               E-mail/Text: bncnotices@meyer13.com Aug 02 2018 03:18:38     Michael H. Meyer,    PO Box 28950,
                  Fresno, CA 93729-8950
ust             +E-mail/Text: ustpregion17.fr.ecf@usdoj.gov Aug 02 2018 03:17:53     Office of the U.S. Trustee,
                  United States Courthouse,    2500 Tulare Street, Room 1401,    Fresno, CA 93721-1326
21697331         E-mail/Text: bankruptcy@consumerportfolio.com Aug 02 2018 03:18:08
                 CONSUMER PORTFOLIO  SERVICES , INC.,    P.O. BOX 57071,    Irvine, CA 92619-7071
21641079        +E-mail/Text: JENNIFER@COMMERCIALTRADE.COM Aug 02 2018 03:18:57     Commercial Trade Burea,
                  Po Box 10389,    Bakersfield CA 93389-0389
21734624        +E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 02 2018 03:18:59     Franchise Tax Board,
                  PO Box 942867,    Sacramento CA 94267-0001
21734625         E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 03:17:33     IRS - Bk Dept,    PO Box 7346,
                  Philadelphia PA 19101-7346
22077257         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 03:36:36
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Carlos Garcia
21692228*       +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21692229*       +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21734623       ##+Carlos Garcia,    190 11th St,    Orange Cove CA 93646-2017
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
NONE.                                                                                                                       TOTAL: 0

FORM L160 Notice of Filing Trustee's Final Report and Account and of Order Fixing Deadline for Objection Thereto (v.3.15)

15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF FILING TRUSTEE'S FINAL REPORT AND ACCOUNT AND OF ORDER FIXING DEADLINE FOR OBJECTING THERETO

**Case Number:** 15–14228 – B – 13

**Debtor Name(s) and Address(es):**

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Trustee's Final Report and Account. The Trustee's Final Report and Account is available for inspection in the Office of the Clerk at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the Trustee's Final Report and Account must file a written objection within 33 days of the date of this Notice. The objection shall state with particularity the grounds therefor and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party upon the trustee, the trustee's attorney, if any, and unless filed by the United States Trustee, on the Office of the United States Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing and any supporting documents shall be filed concurrently with such pleadings, or not more than three days after they are filed.

If no objections are filed, no hearing will be calendared and the Trustee's Final Report and Account will be approved.

Dated:
8/1/18

For the Court,
Wayne Blackwelder , Clerk