```
                            United States Bankruptcy Court
                             Eastern District of California

In re:                                                             Case No. 15-14228-B
Oscar Gutierrez                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0972-1          User: admin                 Page 1 of 1        Date Rcvd: Aug 01, 2018
                              Form ID: pdf010             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty            +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438
21641077       +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21641078        Carlos Garcia,    1190 11th St,    Orange Cove CA 93646
21641080       +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21641081      ++DON ROBERTO JEWELERS,    205 AVENIDA FABRICANTE,    SAN CLEMENTE CA 92672-7531
                (address filed with court: Dn Rbrto Jwl,    Attention Bankruptcy,    1020 Calle Recodo Suite 100,
                  San Clemente CA 92673)
21692230        Estate of Yolanda Garcia,    C O Carlos Garcia,    1190 11th Street,    Orange Cove CA 93646
21641082       +Jose Luis Gutierrez,    211 Center St,    Orange Cove CA 93646-2054
21641083       +Kings Credit Services,    Kings Credit Services Attn Bankruptcy,    Po Box 950,
                 Hanford CA 93232-0950
21641084       +Oportun progreso,    1600 Seaport Blvd,    Redwood City CA 94063-5563
21641085       +Roberto Alpora,    1797 Bonardo Ave,    Tulare CA 93274-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: trmanfredo@yahoo.com Aug 02 2018 03:17:56     Trudi G. Manfredo,
                 377 W. Fallbrook Ave., Ste. 102,    Fresno, CA 93711-6225
tr              E-mail/Text: bncnotices@meyer13.com Aug 02 2018 03:18:29     Michael H. Meyer,   PO Box 28950,
                 Fresno, CA  93729-8950
21697331        E-mail/Text: bankruptcy@consumerportfolio.com Aug 02 2018 03:18:08
                 CONSUMER PORTFOLIO   SERVICES , INC.,    P.O. BOX 57071,   Irvine, CA 92619-7071
21641079       +E-mail/Text: JENNIFER@COMMERCIALTRADE.COM Aug 02 2018 03:18:56     Commercial Trade Burea,
                 Po Box 10389,   Bakersfield CA 93389-0389
21734624       +E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 02 2018 03:18:59     Franchise Tax Board,
                 PO Box 942867,   Sacramento CA 94267-0001
21734625        E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 03:17:27     IRS - Bk Dept,   PO Box 7346,
                 Philadelphia PA 19101-7346
22077257        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 03:15:28
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carlos Garcia
21692228*      +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21692229*      +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21734623      ##+Carlos Garcia,    190 11th St,    Orange Cove CA 93646-2017
                                                                              TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
NONE.                                                                                     TOTAL: 0
```

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: OSCAR GUTIERREZ | | Case No.: 15-14228-B-13F |
| Debtor(s) | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/30/2015.
2) The plan was confirmed on 06/08/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 05/22/2017.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 02/28/2018.
6) Number of months from filing or conversion to last payment: 28.
7) Number of months case was pending: 33.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 104,900.00.
10) Amount of unsecured claims discharged without full payment: 140,730.00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $28,210.00 | |
| Less amount refunded to debtor: | $9,322.10 | |
| **NET RECEIPTS:** | | $18,887.90 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $14,325.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,293.41 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $15,618.41 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADONEY DIAZ | Other | 3,000.00 | NA | NA | .00 | .00 |
| ADONEY DIAZ | Secured | 36,470.00 | NA | NA | .00 | .00 |
| CARLOS GARCIA | Secured | 133,000.00 | NA | NA | .00 | .00 |
| COMMERICAL TRADE BUREAU | Unsecured | 792.00 | NA | NA | .00 | .00 |
| DN RBRTO JWL | Unsecured | 1,278.00 | NA | NA | .00 | .00 |
| ESTATE OF YOLANDA GARCIA | Unsecured | 133,000.00 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 157.00 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 137.00 | NA | NA | .00 | .00 |
| IRS | Priority | 1,328.00 | NA | NA | .00 | .00 |
| IRS | Priority | 1,040.00 | NA | NA | .00 | .00 |
| IRS | Priority | 942.00 | NA | NA | .00 | .00 |
| JOSE LUIS GUTIERREZ | Unsecured | NA | NA | NA | .00 | .00 |
| KINGS CREDIT SERVICES | Unsecured | 391.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: OSCAR GUTIERREZ　　　　　　　　　　　　　　　Case No.: 15-14228-B-13F

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OPORTUN PROGRESO | Unsecured | 2,269.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Secured | 2,838.00 | 3,145.83 | 3,145.83 | 3,145.83 | 123.66 |
| ROBERTO ALPORA | Unsecured | 3,000.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 3,145.83 | 3,145.83 | 123.66 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 3,145.83 | 3,145.83 | 123.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $15,618.41 |
| Disbursements to Creditors: | $3,269.49 |
| **TOTAL DISBURSEMENTS:** | $18,887.90 |

12)　The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/31/2018　　　　　　　　　　　　　By: /s/Michael H. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.