FORM EDC.5–300A Notice of Intent to Enter Chapter 13 Discharge/Debtor (both Joint Debtors) Eligible (v.8.14)    15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF INTENT TO ENTER CHAPTER 13 DISCHARGE

**Case Number:** 15–14228 – B – 13

**Debtor Name(s) and Address(es):**
Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

The Court has approved the Chapter 13 Trustee's Final Report and Account, determining that the payments required by the confirmed chapter 13 plan have been completed and disbursed to creditors. Therefore, pursuant to Local Bankruptcy Rule 5009–1,

**NOTICE IS HEREBY GIVEN** that

1. Each Debtor has certified that an instructional course concerning personal financial management has been completed;

2. Each Debtor has certified that they have not received a prior bankruptcy discharge within the time periods specified in 11 U.S.C. § 1328(f);

3. Each Debtor has certified that there are no unpaid domestic support obligations; and

4. Each Debtor either certified that they do not owe debts of the type described in 11 U.S.C. § 522(q) while claiming exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot that exceed in the aggregate $146,450, or certified that exemptions in excess of $146,450 are reasonably necessary for the support of the Debtor or the Debtor's dependents.

If you wish to contest the Debtors' certifications, you must file an Objection and a Notice of Hearing with the Court at the address shown above, and serve them on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee at the addresses shown below and on the reverse side of this Notice within fourteen (14) days of the date of this Notice. The Notice of Hearing shall indicate that the Court will consider your Objection to the Debtors' certifications at a hearing on the Court's Notice of Intent to Enter Chapter 13 Discharge to be held on **11/15/2018 at 01:30 PM at the U.S. Bankruptcy Court in Courtroom 13, 5th Floor , 2500 Tulare Street , Fresno, CA.** A Certificate of Service attesting that the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee have been served with the Objection and the Notice of Hearing must be filed and served with the Objection and Notice of Hearing. If an Objection and Notice of Hearing are not timely filed and served, no hearing will be held and the Court may conclude that each Debtor is entitled to a discharge pursuant to 11 U.S.C. § 1328 and, without further notice, grant each Debtor a discharge.

Dated:  9/13/18

Wayne Blackwelder
Clerk, U.S. Bankruptcy Court

**File the Objection, Notice of Hearing, and Certificate of Service with the Court at the address shown above.**

**–– See Reverse side for names and addresses of parties to be served. ––**

In re: Oscar Gutierrez  Case number: 15–14228 – B – 13

**Serve the Objection, Notice of Hearing, and Certificate of Service on:**

Trustee:

Michael H. Meyer
PO Box 28950
Fresno, CA 93729–8950

Debtor(s):

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

Debtor's Attorney:

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno, CA 93711