```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                                    Case No. 15-14228-B
Oscar Gutierrez                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE

District/off: 0972-1          User: ltas             Page 1 of 1           Date Rcvd: Sep 13, 2018
                              Form ID: EDC5300A      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty            +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438
21641077       +Adoney Diaz,    P O Box 418,   Chowchilla CA 93610-0418
21641078        Carlos Garcia,    1190 11th St,    Orange Cove CA 93646
21641080       +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21641081      ++DON ROBERTO JEWELERS,    205 AVENIDA FABRICANTE,    SAN CLEMENTE CA 92672-7531
                (address filed with court: Dn Rbrto Jwl,    Attention Bankruptcy,   1020 Calle Recodo Suite 100,
                  San Clemente CA 92673)
21692230        Estate of Yolanda Garcia,    C O Carlos Garcia,    1190 11th Street,    Orange Cove CA 93646
21641082       +Jose Luis Gutierrez,    211 Center St,    Orange Cove CA 93646-2054
21641083       +Kings Credit Services,    Kings Credit Services Attn Bankruptcy,    Po Box 950,
                 Hanford CA 93232-0950
21641084       +Oportun progreso,    1600 Seaport Blvd,    Redwood City CA 94063-5577
21641085       +Roberto Alpora,    1797 Bonardo Ave,    Tulare CA 93274-6240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: trmanfredo@yahoo.com Sep 14 2018 02:51:16     Trudi G. Manfredo,
                 377 W. Fallbrook Ave., Ste. 102,    Fresno, CA 93711-6225
tr              E-mail/Text: bncnotices@meyer13.com Sep 14 2018 02:51:53     Michael H. Meyer,    PO Box 28950,
                 Fresno, CA  93729-8950
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Sep 14 2018 02:52:10     Franchise Tax Board,
                 PO Box 2952,    Sacramento, CA  95812-2952
21697331        E-mail/Text: bankruptcy@consumerportfolio.com Sep 14 2018 02:51:31
                 CONSUMER PORTFOLIO   SERVICES , INC.,    P.O. BOX 57071,   Irvine, CA 92619-7071
21641079       +E-mail/Text: JENNIFER@COMMERCIALTRADE.COM Sep 14 2018 02:52:08     Commercial Trade Burea,
                 Po Box 10389,    Bakersfield CA 93389-0389
21734624       +E-mail/Text: BKBNCNotices@ftb.ca.gov Sep 14 2018 02:52:10     Franchise Tax Board,
                 PO Box 942867,    Sacramento CA 94267-0001
21734625        E-mail/Text: cio.bncmail@irs.gov Sep 14 2018 02:50:48     IRS - Bk Dept,    PO Box 7346,
                 Philadelphia PA 19101-7346
22077257        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 14 2018 02:46:55
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carlos Garcia
21692228*      +Adoney Diaz,    P O Box 418,   Chowchilla CA 93610-0418
21692229*      +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21734623      ##+Carlos Garcia,    190 11th St,    Orange Cove CA 93646-2017
                                                                                  TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
NONE.                                                                                                   TOTAL: 0

FORM EDC.5–300A Notice of Intent to Enter Chapter 13 Discharge/Debtor (both Joint Debtors) Eligible (v.8.14)     15–14228 – B – 13

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# NOTICE OF INTENT TO ENTER CHAPTER 13 DISCHARGE

**Case Number:**    15–14228 – B – 13

**Debtor Name(s) and Address(es):**

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

The Court has approved the Chapter 13 Trustee's Final Report and Account, determining that the payments required by the confirmed chapter 13 plan have been completed and disbursed to creditors. Therefore, pursuant to Local Bankruptcy Rule 5009–1,

**NOTICE IS HEREBY GIVEN** that

1. Each Debtor has certified that an instructional course concerning personal financial management has been completed;

2. Each Debtor has certified that they have not received a prior bankruptcy discharge within the time periods specified in 11 U.S.C. § 1328(f);

3. Each Debtor has certified that there are no unpaid domestic support obligations; and

4. Each Debtor either certified that they do not owe debts of the type described in 11 U.S.C. § 522(q) while claiming exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot that exceed in the aggregate $146,450, or certified that exemptions in excess of $146,450 are reasonably necessary for the support of the Debtor or the Debtor's dependents.

If you wish to contest the Debtors' certifications, you must file an Objection and a Notice of Hearing with the Court at the address shown above, and serve them on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee at the addresses shown below and on the reverse side of this Notice within fourteen (14) days of the date of this Notice. The Notice of Hearing shall indicate that the Court will consider your Objection to the Debtors' certifications at a hearing on the Court's Notice of Intent to Enter Chapter 13 Discharge to be held on **11/15/2018 at 01:30 PM at the U.S. Bankruptcy Court in Courtroom 13, 5th Floor , 2500 Tulare Street , Fresno, CA.** A Certificate of Service attesting that the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee have been served with the Objection and the Notice of Hearing must be filed and served with the Objection and Notice of Hearing. If an Objection and Notice of Hearing are not timely filed and served, no hearing will be held and the Court may conclude that each Debtor is entitled to a discharge pursuant to 11 U.S.C. § 1328 and, without further notice, grant each Debtor a discharge.

Dated:   9/13/18                    Wayne Blackwelder
                                                                         Clerk, U.S. Bankruptcy Court

**File the Objection, Notice of Hearing, and Certificate of Service with the Court at the address shown above.**

**–– See Reverse side for names and addresses of parties to be served. ––**

In re: Oscar Gutierrez        Case number: 15–14228 – B – 13

**Serve the Objection, Notice of Hearing, and Certificate of Service on:**

Trustee:

Michael H. Meyer
PO Box 28950
Fresno, CA 93729–8950

Debtor(s):

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

Debtor's Attorney:

Glen E. Gates
2377 W. Shaw Avenue, Suite 101
Fresno, CA 93711