United States Bankruptcy Court
Eastern District of California

In re:  
Oscar Gutierrez  
    Debtor

Case No. 15-14228-B  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0972-1     User: bres     Page 1 of 1     Date Rcvd: Oct 01, 2018  
Form ID: 3180W     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.

```
db           +Oscar Gutierrez,    211 Center Street,    Orange Cove, CA 93646-2054
aty          +Glen E. Gates,    2377 W. Shaw Avenue, Suite 101,    Fresno, CA 93711-3438
21641077     +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21641078      Carlos Garcia,    1190 11th St,    Orange Cove CA 93646
21641080     +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21641081    ++DON ROBERTO JEWELERS,    205 AVENIDA FABRICANTE,    SAN CLEMENTE CA 92672-7531
             (address filed with court: Dn Rbrto Jwl,     Attention Bankruptcy,    1020 Calle Recodo Suite 100,
               San Clemente CA 92673)
21692230      Estate of Yolanda Garcia,    C O Carlos Garcia,    1190 11th Street,    Orange Cove CA 93646
21641082     +Jose Luis Gutierrez,    211 Center St,    Orange Cove CA 93646-2054
21641083     +Kings Credit Services,    Kings Credit Services Attn Bankruptcy,    Po Box 950,
               Hanford CA 93232-0950
21641084     +Oportun progreso,    1600 Seaport Blvd,    Redwood City CA 94063-5577
21641085     +Roberto Alpora,    1797 Bonardo Ave,    Tulare CA 93274-6240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          +EDI: FTGMANFREDO.COM Oct 02 2018 07:53:00      Trudi G. Manfredo,
               377 W. Fallbrook Ave., Ste. 102,    Fresno, CA 93711-6225
tr            E-mail/Text: bncnotices@meyer13.com Oct 02 2018 04:08:45      Michael H. Meyer,    PO Box 28950,
               Fresno, CA  93729-8950
smg           EDI: EDD.COM Oct 02 2018 07:53:00      Employment Development Department,
               Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Oct 02 2018 07:53:00      Franchise Tax Board,    PO Box 2952,
               Sacramento, CA  95812-2952
21697331      E-mail/Text: bankruptcy@consumerportfolio.com Oct 02 2018 04:08:16
               CONSUMER PORTFOLIO  SERVICES , INC.,    P.O. BOX 57071,    Irvine, CA 92619-7071
21641079     +E-mail/Text: JENNIFER@COMMERCIALTRADE.COM Oct 02 2018 04:09:04      Commercial Trade Burea,
               Po Box 10389,    Bakersfield CA 93389-0389
21734624     +EDI: CALTAX.COM Oct 02 2018 07:53:00      Franchise Tax Board,    PO Box 942867,
               Sacramento CA 94267-0001
21734625      EDI: IRS.COM Oct 02 2018 07:53:00      IRS - Bk Dept,    PO Box 7346,
               Philadelphia PA 19101-7346
22077257      EDI: PRA.COM Oct 02 2018 07:53:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Carlos Garcia
21692228*    +Adoney Diaz,    P O Box 418,    Chowchilla CA 93610-0418
21692229*    +Consumer Portfolio Svc,    Attn Bankruptcy,    19500 Jamboree Rd,    Irvine CA 92612-2411
21734623    ##+Carlos Garcia,    190 11th St,    Orange Cove CA 93646-2017
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
NONE.                                TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Oscar Gutierrez** | Social Security number or ITIN    xxx–xx–6072 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | |
| Case number: | **15–14228** | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Oscar Gutierrez
211 Center Street
Orange Cove, CA 93646

Dated:
10/1/18

For the Court,
Wayne Blackwelder , Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**