United States Bankruptcy Court
Eastern District of California

In re:                                                    Case No. 15-14228-B
Oscar Gutierrez                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-1        User: bres            Page 1 of 1          Date Rcvd: Oct 15, 2018
                           Form ID: L51           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: trmanfredo@yahoo.com Oct 16 2018 03:24:28     Trudi G. Manfredo,
                 377 W. Fallbrook Ave., Ste. 102,   Fresno, CA 93711-6225
tr               E-mail/Text: bncnotices@meyer13.com Oct 16 2018 03:25:29    Michael H. Meyer,   PO Box 28950,
                 Fresno, CA 93729-8950
                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
NONE.                                                                        TOTAL: 0

FORM L51 Final Decree  (v.9.14)

15–14228 – B – 13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## FINAL DECREE

**Case Number:**  15–14228 – B – 13

**Debtor Name(s), Social Security Number(s), and Address(es):**

Oscar Gutierrez
xxx–xx–6072

211 Center Street
Orange Cove, CA 93646

**Trustee:**       Michael H. Meyer
PO Box 28950
Fresno, CA 93729–8950

**Telephone Number:**       (559) 275–9512

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
10/15/18

For the Court,
Wayne Blackwelder , Clerk